UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CITY OF FARMINGTON HILLS,

     Plaintiff,                Civil No.

v.                           Honorable
                              Magistrate Judge

MARK SELTZER,

     Defendant.

---

## NOTICE OF REMOVAL

---

Defendant Mark Seltzer, petitioner herein, by his attorneys,

pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, removes these actions

(Case Nos. 2023-23H528605A, 2023-23H528605B, 2023-23H528605C,

2023-23H528606A, 2023-23H528606B, 2023-23H528606C, 2023-

23H528607A, 2023-23H528607B, 2023-23H528607C, 2023-

23H528608A, 2023-23H528608B, 2023-23H528608C, 2024-

23H528611A, 2024-23H528611B, 2024-23H528611C, 2024-

23H528612A, 2024-23H528612B, 2024-23H528612C, 2024-

23H528613A, 2024-23H528613B, 2024-23H528613C, 2024-

23H528614A, 2024-23H528614B, and 2024-23H528614C), which are

now pending in Farmington Hills 47th District Court for the State of

Michigan from said state court to the United States District Court for the Eastern District of Michigan, Southern Division.

Plaintiff seeks to sue defendant Mark Seltzer, who at all relevant times was an employee of the U.S. Department of Housing and Urban Development, which is an agency of the United States of America. This action is removable under 28 U.S.C. § 1442 and 28 U.S.C. § 2679(d) because the Attorney General, through his designee, Kevin R. Erskine, Chief of the Civil Division of the United States Attorney's Office for the Eastern District of Michigan, has certified that defendant was acting within the scope of his employment at the time of the incident out of which these suits arose. (Exhibit A – Certification of Scope of Employment). As such, plaintiff's claim is one against the "United States or any agency thereof or any officer . . . of the United States or of any agency thereof, sued in an official or individual capacity for any act under color of such office . . . ." 28 U.S.C. § 1442(a)(1).

Formal service of process has not been made upon petitioner. Copies of all process and pleadings in possession of petitioner are attached hereto. (Exhibit B – State Court Documents).

Respectfully submitted,

DAWN N. ISON
UNITED STATES ATTORNEY

*/s/ Bradley H. Darling*
**Bradley H. Darling** (P63176)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9137
Dated: January 18, 2024        Bradley.Darling@usdoj.gov

3

# Certificate of Service

I hereby certify that on January 18, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system.

In addition, I certify that Tracey Pyle, Paralegal Specialist assigned to the Civil Defensive Litigation Unit of the United States Attorney's Office, sent the foregoing via U.S. mail on January 18, 2024, to the following:

> 47th District Court
> 31605 W. Eleven Mile Rd.
> Farmington Hills, MI 48336-1103
>
> Amanda Grenanco
> Code Enforcement Officer
> City of Farmington Hills
> 31555 W. Eleven Mile Rd.
> Farmington Hills, MI  48336
> AGrenanco@fhgov.com
>
> Stephen G. Meads
> Rosati|Schultz|Joppich|Amtsbuechler
> 27555 Executive Drive, Ste. 250
> Farmington Hills, MI 48331
> SMeads@rsjalaw.com

*/s/ Bradley H. Darling*
**Bradley H. Darling** (P63176)
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CITY OF FARMINGTON HILLS,

     Plaintiff,              Civil No.

v.                         Honorable
                             Magistrate Judge

MARK SELTZER,

     Defendant.

---

## Certification of Scope of Employment

---

Pursuant to 28 U.S.C. § 2679, and by virtue of the authority

vested in the United States Attorney for the Eastern District of

Michigan by the Attorney General under 28 C.F.R. § 15.3, and

redelegated to me by the administrative directive of the United States

Attorney, I hereby certify:

1.    I have read the citations and state court documents available

to me.

2.    On the basis of the information now available with respect to

the allegations referred to therein, the individual federal defendant

Mark Seltzer was acting within the scope of his employment as an

employee of the U.S. Department of Housing and Urban Development

at the time of such allegations.

**Dawn N. Ison**
United States Attorney

s/*Kevin R. Erskine*
**Kevin R. Erskine**
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI  48226
(313) 226-9610
Kevin.Erskine@usdoj.gov

Dated:  01/18/24

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CITY OF FARMINGTON HILLS,

      Plaintiff,              Civil No.

v.                       Honorable
                          Magistrate Judge

MARK SELTZER,

      Defendant.

---

## Certification of Scope of Employment

---

Pursuant to 28 U.S.C. § 2679, and by virtue of the authority

vested in the United States Attorney for the Eastern District of

Michigan by the Attorney General under 28 C.F.R. § 15.3, and

redelegated to me by the administrative directive of the United States

Attorney, I hereby certify:

1.    I have read the citations and state court documents available

to me.

2.    On the basis of the information now available with respect to

the allegations referred to therein, the individual federal defendant

Mark Seltzer was acting within the scope of his employment as an

employee of the U.S. Department of Housing and Urban Development

Exhibit A

at the time of such allegations.

**Dawn N. Ison**
United States Attorney

s/*Kevin R. Erskine*
**Kevin R. Erskine**
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI  48226
(313) 226-9610
Kevin.Erskine@usdoj.gov

Dated:  01/18/24

2

# Case Details

Additional Resources ▾

**Case ID**
2023-23H528605A-ON

**Court Location**
47th District Court - Farmington Hills

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
11/21/2023

**Case Status**
DISPOSED

**Closed Date**

**Balance** 💳
$300.00

## Parties (1)

**Party Name**
SELTZER/MARK/

**Party Type/Number**
DEFENDANT - 1

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

**Count**

**Offense Date**
10/30/2023

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

Exhibit B

Officer/Agency or Petitioner
  GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

Charge Level
  CIVIL INFRACTION & PARKING

Amended or Reduced

Attempted, Conspired, Solicited

Notice

Disposition Date
  12/06/2023

Disposition
  DEFAULT JUDGMENT

Sentencing Date
  12/06/2023

License Suspension Clearance Fee Due

## Bonds (0)

## Hearings (1)

Hearing Type
  SCHEDULED FOR FORMAL HEARING

Hearing Date
  12/06/2023 9:30 AM

Hearing Officer
  PARKER, MARLA E.

## Sentencing (1)

PROCEEDING HELD                                    Probation Term
  12/06/2023 - Count - 0

Incarceration Type

Exhibit B

## COMMUNITY SERVICE/JAIL/PRISON

Location

Minimum Term

Credit Time Served

Community Service In Lieu of Jail

Optional Term

Incarceration Weekend Service

No

Community Service

Jail/Prison Suspended

No

Fines Suspended

No

---

## VEHICLE IMMOBILIZATION/FORFEITURE

Immobilize Vehicle Ordered

Start Date

Vehicle Forfeited

No

---

## PROBATION/REHABILITATION

Probation Officer

Rehabilitation

---

## LICENSE/CCW INFORMATION

License Suspended/Revoked

Days Suspended

Restricted

Exhibit B

## Events (16)

### Event Date
12/06/2023

### Description
PROCEEDING HELD

### Comment
ZONING - 2ND

### Party/Count
D1

### Clerk
SAG

### Judge
PARKER,MARLA E.,

---

### Description
DEFAULT JUDGMENT

### Party/Count
D1

### Clerk
SAG

---

### Description
SENTENCE

### Party/Count
D1

### Amount
$300.00

### Clerk
SAG

---

### Description
RECORDED BY PATRICIA BARTLETT #9191

### Party/Count
D1

### Clerk
SAG

Exhibit B

**Description**
DEFENDANT FAILED TO APPEAR

**Party/Count**
D1

**Clerk**
SAG

**Description**
PENALTY ADDED-ORDINANCE

| Party/Count | Amount |
|---|---|
| D1 | $50.00 |

**Clerk**
SAG

**Description**
DEFAULT JUDGMENT GENERATED

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

**Event Date**
11/21/2023

**Description**
FILING DATE

**Comment**
112123

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
120623 930A

Exhibit B

**Party/Count**
D1

**Clerk**
CMB

**Description**
MISCELLANEOUS ACTION

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

**Description**
NOTICE TO APPEAR GENERATED

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Event Date**
10/30/2023

**Description**
ORIGINAL CHARGE

**Comment**
ZONING - 2ND

**Party/Count**
D1

Exhibit B

**Clerk**
  CMB

**Description**
  ORDINANCE FINE & COSTS

| Party/Count | Amount |
| --- | --- |
| D1 | $230.00 |

**Clerk**
  CMB

**Description**
  DISTRICT COURT COSTS

| Party/Count | Amount |
| --- | --- |
| D1 | $10.00 |

**Clerk**
  CMB

**Description**
  STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
| --- | --- |
| D1 | $10.00 |

**Clerk**
  CMB

Exhibit B

# Case Details

Additional Resources ▾

| | |
|---|---|
| **Case ID** | **Court Location** |
| 2023-23H528605B-ON | 47th District Court - Farmington Hills |

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
11/21/2023

**Case Status**
DISPOSED

**Closed Date**

**Balance** 💳
$300.00

## Parties (1)

| **Party Name** | **Party Type/Number** |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| **Count** | **Offense Date** |
|---|---|
| | 10/30/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

Exhibit B

Officer/Agency or Petitioner
GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

Charge Level
CIVIL INFRACTION & PARKING

Amended or Reduced

Attempted, Conspired, Solicited

Notice

Disposition Date
12/06/2023

Disposition
DEFAULT JUDGMENT

Sentencing Date
12/06/2023

License Suspension Clearance Fee Due

## Bonds (0)

## Hearings (1)

Hearing Type
SCHEDULED FOR FORMAL HEARING

Hearing Date
12/06/2023 9:30 AM

Hearing Officer
PARKER, MARLA E.

## Sentencing (1)

PROCEEDING HELD                                    Probation Term
12/06/2023 - Count - 0

Incarceration Type

Exhibit B

## COMMUNITY SERVICE/JAIL/PRISON

Location

Minimum Term

Credit Time Served

Community Service In Lieu of Jail

Optional Term

Incarceration Weekend Service

   No

Community Service

Jail/Prison Suspended

   No

Fines Suspended

   No

---

## VEHICLE IMMOBILIZATION/FORFEITURE

Immobilize Vehicle Ordered

Start Date

Vehicle Forfeited

   No

---

## PROBATION/REHABILITATION

Probation Officer

Rehabilitation

---

## LICENSE/CCW INFORMATION

License Suspended/Revoked

Days Suspended

Restricted

Exhibit B

## Events (16)

### Event Date
12/06/2023

### Description
PROCEEDING HELD

### Comment
ZONING - 2ND

### Party/Count
D1

### Clerk
SAG

### Judge
PARKER,MARLA E.,

### Description
DEFAULT JUDGMENT

### Party/Count
D1

### Clerk
SAG

### Description
SENTENCE

| Party/Count | Amount |
|---|---|
| D1 | $300.00 |

### Clerk
SAG

### Description
RECORDED BY PATRICIA BARTLETT #9191

### Party/Count
D1

### Clerk
SAG

Exhibit B

Description
DEFENDANT FAILED TO APPEAR

Party/Count
D1

Clerk
SAG

Description
PENALTY ADDED-ORDINANCE

Party/Count                          Amount
D1                                   $50.00

Clerk
SAG

Description
DEFAULT JUDGMENT GENERATED

Comment
ZONING - 2ND

Party/Count
D1

Clerk
SAG

Event Date
11/21/2023

Description
FILING DATE

Comment
112123

Party/Count
D1

Clerk
CMB

Description
SCHEDULED FOR FORMAL HEARING

Comment
120623 930A

Exhibit B

**Party/Count**
 D1

**Clerk**
 CMB

---

**Description**
 MISCELLANEOUS ACTION

**Comment**
 ZONING - 2ND

**Party/Count**
 D1

**Clerk**
 CMB

---

**Description**
 NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
 D1

**Clerk**
 CMB

---

**Description**
 TICKET WITH FILE NUMBER

**Party/Count**
 D1

**Clerk**
 CMB

---

**Event Date**
 10/30/2023

---

**Description**
 ORIGINAL CHARGE

**Comment**
 ZONING - 2ND

**Party/Count**
 D1

**Clerk**
 CMB

Exhibit B

**Description**
ORDINANCE FINE & COSTS

| Party/Count | Amount |
| --- | --- |
| D1 | $230.00 |

**Clerk**
CMB

**Description**
DISTRICT COURT COSTS

| Party/Count | Amount |
| --- | --- |
| D1 | $10.00 |

**Clerk**
CMB

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
| --- | --- |
| D1 | $10.00 |

**Clerk**
CMB

Exhibit B

# Case Details

Additional Resources ▾

| Case ID | Court Location |
|---|---|
| 2023-23H528605C-ON | 47th District Court - Farmington Hills |

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
11/21/2023

**Case Status**
DISPOSED

**Closed Date**

**Balance** 💳
$300.00

## Parties (1)

| Party Name | Party Type/Number |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| Count | Offense Date |
|---|---|
| | 10/30/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

Exhibit B

**Officer/Agency or Petitioner**
 GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

**Charge Level**
 CIVIL INFRACTION & PARKING

**Amended or Reduced**

**Attempted, Conspired, Solicited**

**Notice**

**Disposition Date**
 12/06/2023

**Disposition**
 DEFAULT JUDGMENT

**Sentencing Date**
 12/06/2023

**License Suspension Clearance Fee Due**

## Bonds (0)

## Hearings (1)

**Hearing Type**
 SCHEDULED FOR FORMAL HEARING

**Hearing Date**
 12/06/2023 9:30 AM

**Hearing Officer**
 PARKER, MARLA E.

## Sentencing (1)

| PROCEEDING HELD | Probation Term |
| --- | --- |
| 12/06/2023 - Count - 0 | |

**Incarceration Type**

Exhibit B

## COMMUNITY SERVICE/JAIL/PRISON

Location

Minimum Term

Credit Time Served

Community Service In Lieu of Jail

Optional Term

Incarceration Weekend Service

No

Community Service

Jail/Prison Suspended

No

Fines Suspended

No

---

## VEHICLE IMMOBILIZATION/FORFEITURE

Immobilize Vehicle Ordered

Start Date

Vehicle Forfeited

No

---

## PROBATION/REHABILITATION

Probation Officer

Rehabilitation

---

## LICENSE/CCW INFORMATION

License Suspended/Revoked

Days Suspended

Restricted

Exhibit B

## Events (16)

⊞⊞ ⊞

### Event Date
12/06/2023

**Description**
PROCEEDING HELD

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

**Judge**
PARKER,MARLA E.,

**Description**
DEFAULT JUDGMENT

**Party/Count**
D1

**Clerk**
SAG

**Description**
SENTENCE

| Party/Count | Amount |
|---|---|
| D1 | $300.00 |

**Clerk**
SAG

**Description**
RECORDED BY PATRICIA BARTLETT #9191

**Party/Count**
D1

**Clerk**
SAG

Exhibit B

**Description**
DEFENDANT FAILED TO APPEAR

**Party/Count**
D1

**Clerk**
SAG

---

**Description**
PENALTY ADDED-ORDINANCE

| **Party/Count** | **Amount** |
| --- | --- |
| D1 | $50.00 |

**Clerk**
SAG

---

**Description**
DEFAULT JUDGMENT GENERATED

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

---

**Event Date**
11/21/2023

**Description**
FILING DATE

**Comment**
112123

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
120623 930A

Exhibit B

**Party/Count**
D1

**Clerk**
CMB

**Description**
MISCELLANEOUS ACTION

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

**Description**
TICKET WITH FILE NUMBER

**Party/Count**
D1

**Clerk**
CMB

**Event Date**
10/30/2023

**Description**
ORIGINAL CHARGE

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

Exhibit B

**Description**
ORDINANCE FINE & COSTS

| Party/Count | Amount |
|---|---|
| D1 | $230.00 |

**Clerk**
CMB

---

**Description**
DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

---

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

Exhibit B

# Case Details

Additional Resources ▼

| | |
|---|---|
| **Case ID** | **Court Location** |
| 2023-23H528606A-ON | 47th District Court - Farmington Hills |
| **Case Entitlement** | |
| CITY OF FARMINGTON HILLS V SELTZER | |
| **Judge of Record** | |
| PARKER,MARLA E., | |

**Date Filed**
11/21/2023

**Case Status**
DISPOSED

**Closed Date**

**Balance** 💳
$300.00

## Parties (1)

| **Party Name** | **Party Type/Number** |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| **Count** | **Offense Date** |
|---|---|
| | 10/30/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

Exhibit B

**Officer/Agency or Petitioner**
  GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

**Charge Level**
  CIVIL INFRACTION & PARKING

**Amended or Reduced**

**Attempted, Conspired, Solicited**

**Notice**

**Disposition Date**
  12/06/2023

**Disposition**
  DEFAULT JUDGMENT

**Sentencing Date**
  12/06/2023

**License Suspension Clearance Fee Due**

## Bonds (0)

## Hearings (1)

**Hearing Type**
  SCHEDULED FOR FORMAL HEARING

**Hearing Date**
  12/06/2023 9:30 AM

**Hearing Officer**
  PARKER, MARLA E.

## Sentencing (1)

| PROCEEDING HELD | Probation Term |
| --- | --- |
| 12/06/2023 - Count - 0 | |
| **Incarceration Type** | |

Exhibit B

## COMMUNITY SERVICE/JAIL/PRISON

Location

Minimum Term

Credit Time Served

Community Service In Lieu of Jail

Optional Term

Incarceration Weekend Service

No

Community Service

Jail/Prison Suspended

No

Fines Suspended

No

## VEHICLE IMMOBILIZATION/FORFEITURE

Immobilize Vehicle Ordered

Start Date

Vehicle Forfeited

No

## PROBATION/REHABILITATION

Probation Officer

Rehabilitation

## LICENSE/CCW INFORMATION

License Suspended/Revoked

Days Suspended

Restricted

Exhibit B

## Events (17)

| | |
|---|---|

### Event Date
12/06/2023

**Description**
PROCEEDING HELD

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

**Judge**
PARKER,MARLA E.,

---

**Description**
DEFAULT JUDGMENT

**Party/Count**
D1

**Clerk**
SAG

---

**Description**
SENTENCE

| **Party/Count** | **Amount** |
|---|---|
| D1 | $300.00 |

**Clerk**
SAG

---

**Description**
RECORDED BY PATRICIA BARTLETT #9191

**Party/Count**
D1

**Clerk**
SAG

Exhibit B

**Description**
DEFENDANT FAILED TO APPEAR

**Party/Count**
D1

**Clerk**
SAG

---

**Description**
PENALTY ADDED-ORDINANCE

**Party/Count**              **Amount**
D1                            $50.00

**Clerk**
SAG

---

**Description**
DEFAULT JUDGMENT GENERATED

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

---

**Event Date**
11/21/2023

**Description**
FILING DATE

**Comment**
112123

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
120623 930A

Exhibit B

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  MISCELLANEOUS ACTION

**Comment**
  ZONING - 2ND

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  TICKET WITH FILE NUMBER

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  NOTICE TO APPEAR GENERATED

**Comment**
  ZONING - 2ND

**Party/Count**
  D1

**Clerk**
  CMB

---

**Event Date**
  10/30/2023

Exhibit B

**Description**
  ORIGINAL CHARGE

**Comment**
  ZONING - 2ND

**Party/Count**
  D1

**Clerk**
  CMB

**Description**
  ORDINANCE FINE & COSTS

**Party/Count**          **Amount**
  D1                       $230.00

**Clerk**
  CMB

**Description**
  DISTRICT COURT COSTS

**Party/Count**          **Amount**
  D1                       $10.00

**Clerk**
  CMB

**Description**
  STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

**Party/Count**          **Amount**
  D1                       $10.00

**Clerk**
  CMB

Exhibit B

# Case Details

Additional Resources ▾

| Case ID | Court Location |
|---|---|
| 2023-23H528606B-ON | 47th District Court - Farmington Hills |

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
11/21/2023

**Case Status**
DISPOSED

**Closed Date**

**Balance** 💳
$300.00

## Parties (1)

| Party Name | Party Type/Number |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| Count | Offense Date |
|---|---|
| | 10/30/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

Exhibit B

Officer/Agency or Petitioner
  GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

Charge Level
  CIVIL INFRACTION & PARKING

Amended or Reduced

Attempted, Conspired, Solicited

Notice

Disposition Date
  12/06/2023

Disposition
  DEFAULT JUDGMENT

Sentencing Date
  12/06/2023

License Suspension Clearance Fee Due

## Bonds (0)

## Hearings (1)

Hearing Type
  SCHEDULED FOR FORMAL HEARING

Hearing Date
  12/06/2023 9:30 AM

Hearing Officer
  PARKER, MARLA E.

## Sentencing (1)

| PROCEEDING HELD | Probation Term |
| --- | --- |
| 12/06/2023 - Count - 0 | |

Incarceration Type

Exhibit B

## COMMUNITY SERVICE/JAIL/PRISON

Location

Minimum Term

Credit Time Served

Community Service In Lieu of Jail

Optional Term

Incarceration Weekend Service

No

Community Service

Jail/Prison Suspended

No

Fines Suspended

No

---

## VEHICLE IMMOBILIZATION/FORFEITURE

Immobilize Vehicle Ordered

Start Date

Vehicle Forfeited

No

---

## PROBATION/REHABILITATION

Probation Officer

Rehabilitation

---

## LICENSE/CCW INFORMATION

License Suspended/Revoked

Days Suspended

Restricted

Exhibit B

## Events (16)

### Event Date
12/06/2023

**Description**
PROCEEDING HELD

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

**Judge**
PARKER,MARLA E.,

**Description**
DEFAULT JUDGMENT

**Party/Count**
D1

**Clerk**
SAG

**Description**
SENTENCE

**Party/Count**    **Amount**
D1                 $300.00

**Clerk**
SAG

**Description**
RECORDED BY PATRICIA BARTLETT #9191

**Party/Count**
D1

**Clerk**
SAG

Exhibit B

**Description**
DEFENDANT FAILED TO APPEAR

**Party/Count**
D1

**Clerk**
SAG

**Description**
PENALTY ADDED-ORDINANCE

| Party/Count | Amount |
|---|---|
| D1 | $50.00 |

**Clerk**
SAG

**Description**
DEFAULT JUDGMENT GENERATED

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

**Event Date**
11/21/2023

**Description**
FILING DATE

**Comment**
112123

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
120623 930A

Exhibit B

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  MISCELLANEOUS ACTION

**Comment**
  ZONING - 2ND

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  TICKET WITH FILE NUMBER

**Party/Count**
  D1

**Clerk**
  CMB

---

**Event Date**
  10/30/2023

---

**Description**
  ORIGINAL CHARGE

**Comment**
  ZONING - 2ND

**Party/Count**
  D1

**Clerk**
  CMB

Exhibit B

**Description**

ORDINANCE FINE & COSTS

| Party/Count | Amount |
|---|---|
| D1 | $230.00 |

**Clerk**

CMB

---

**Description**

DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**

CMB

---

**Description**

STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**

CMB

Exhibit B

# Case Details

Additional Resources ▾

| | |
|---|---|
| **Case ID** | **Court Location** |
| 2023-23H528606C-ON | 47th District Court - Farmington Hills |

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
11/21/2023

**Case Status**
DISPOSED

**Closed Date**

**Balance** 💳
$300.00

## Parties (1)

| | |
|---|---|
| **Party Name** | **Party Type/Number** |
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| | |
|---|---|
| **Count** | **Offense Date** |
| | 10/30/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

Exhibit B

**Officer/Agency or Petitioner**
GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

**Charge Level**
CIVIL INFRACTION & PARKING

**Amended or Reduced**

**Attempted, Conspired, Solicited**

**Notice**

**Disposition Date**
12/06/2023

**Disposition**
DEFAULT JUDGMENT

**Sentencing Date**
12/06/2023

**License Suspension Clearance Fee Due**

## Bonds (0)

## Hearings (1)

**Hearing Type**
SCHEDULED FOR FORMAL HEARING

**Hearing Date**
12/06/2023 9:30 AM

**Hearing Officer**
PARKER, MARLA E.

## Sentencing (1)

| PROCEEDING HELD | Probation Term |
| --- | --- |
| 12/06/2023 - Count - 0 | |
| **Incarceration Type** | |

Exhibit B

## COMMUNITY SERVICE/JAIL/PRISON

Location

Minimum Term

Credit Time Served

Community Service In Lieu of Jail

Optional Term

Incarceration Weekend Service

No

Community Service

Jail/Prison Suspended

No

Fines Suspended

No

---

## VEHICLE IMMOBILIZATION/FORFEITURE

Immobilize Vehicle Ordered

Start Date

Vehicle Forfeited

No

---

## PROBATION/REHABILITATION

Probation Officer

Rehabilitation

---

## LICENSE/CCW INFORMATION

License Suspended/Revoked

Days Suspended

Restricted

Exhibit B

## Events (16)

[≡≡] [⊞]

| Event Date | |
| --- | --- |
| 12/06/2023 | |

| Description | |
| --- | --- |
| PROCEEDING HELD | |

| Comment | |
| --- | --- |
| ZONING - 2ND | |

| Party/Count | |
| --- | --- |
| D1 | |

| Clerk | |
| --- | --- |
| SAG | |

| Judge | |
| --- | --- |
| PARKER,MARLA E., | |

| Description | |
| --- | --- |
| DEFAULT JUDGMENT | |

| Party/Count | |
| --- | --- |
| D1 | |

| Clerk | |
| --- | --- |
| SAG | |

| Description | |
| --- | --- |
| SENTENCE | |

| Party/Count | Amount |
| --- | --- |
| D1 | $300.00 |

| Clerk | |
| --- | --- |
| SAG | |

| Description | |
| --- | --- |
| RECORDED BY PATRICIA BARTLETT #9191 | |

| Party/Count | |
| --- | --- |
| D1 | |

| Clerk | |
| --- | --- |
| SAG | |

Exhibit B

**Description**
DEFENDANT FAILED TO APPEAR

**Party/Count**
D1

**Clerk**
SAG

**Description**
PENALTY ADDED-ORDINANCE

| **Party/Count** | **Amount** |
|---|---|
| D1 | $50.00 |

**Clerk**
SAG

**Description**
DEFAULT JUDGMENT GENERATED

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

**Event Date**
11/21/2023

**Description**
FILING DATE

**Comment**
112123

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
120623 930A

Exhibit B

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  MISCELLANEOUS ACTION

**Comment**
  ZONING - 2ND

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  TICKET WITH FILE NUMBER

**Party/Count**
  D1

**Clerk**
  CMB

---

**Event Date**
  10/30/2023

---

**Description**
  ORIGINAL CHARGE

**Comment**
  ZONING - 2ND

**Party/Count**
  D1

**Clerk**
  CMB

Exhibit B

**Description**
ORDINANCE FINE & COSTS

| Party/Count | Amount |
|---|---|
| D1 | $230.00 |

**Clerk**
CMB

---

**Description**
DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

---

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

**Exhibit B**

# Case Details

Additional Resources ▾

| Case ID | Court Location |
|---|---|
| 2023-23H528607A-ON | 47th District Court - Farmington Hills |

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
11/21/2023

**Case Status**
DISPOSED

**Closed Date**

**Balance** 💳
$300.00

## Parties (1)

| Party Name | Party Type/Number |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| Count | Offense Date |
|---|---|
| | 11/20/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

Exhibit B

**Officer/Agency or Petitioner**
  GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

**Charge Level**
  CIVIL INFRACTION & PARKING

**Amended or Reduced**

**Attempted, Conspired, Solicited**

**Notice**

**Disposition Date**
  12/06/2023

**Disposition**
  DEFAULT JUDGMENT

**Sentencing Date**
  12/06/2023

**License Suspension Clearance Fee Due**

## Bonds (0)

## Hearings (1)

**Hearing Type**
  SCHEDULED FOR FORMAL HEARING

**Hearing Date**
  12/06/2023 9:30 AM

**Hearing Officer**
  PARKER, MARLA E.

## Sentencing (1)

| PROCEEDING HELD | Probation Term |
| --- | --- |
| 12/06/2023 - Count - 0 | |

**Incarceration Type**

Exhibit B

## COMMUNITY SERVICE/JAIL/PRISON

Location

Minimum Term

Credit Time Served

Community Service In Lieu of Jail

Optional Term

Incarceration Weekend Service

No

Community Service

Jail/Prison Suspended

No

Fines Suspended

No

## VEHICLE IMMOBILIZATION/FORFEITURE

Immobilize Vehicle Ordered

Start Date

Vehicle Forfeited

No

## PROBATION/REHABILITATION

Probation Officer

Rehabilitation

## LICENSE/CCW INFORMATION

License Suspended/Revoked

Days Suspended

Restricted

Exhibit B

## Events (17)

▦ ⊞

| | |
|---|---|
| **Event Date** | |
| 12/06/2023 | |

| | |
|---|---|
| **Description** | |
| PROCEEDING HELD | |
| **Comment** | |
| ZONING - 2ND | |
| **Party/Count** | |
| D1 | |
| **Clerk** | |
| SAG | |
| **Judge** | |
| PARKER,MARLA E., | |

| | |
|---|---|
| **Description** | |
| DEFAULT JUDGMENT | |
| **Party/Count** | |
| D1 | |
| **Clerk** | |
| SAG | |

| | |
|---|---|
| **Description** | |
| SENTENCE | |
| **Party/Count** | **Amount** |
| D1 | $300.00 |
| **Clerk** | |
| SAG | |

| | |
|---|---|
| **Description** | |
| RECORDED BY PATRICIA BARTLETT #9191 | |
| **Party/Count** | |
| D1 | |
| **Clerk** | |
| SAG | |

Exhibit B

**Description**
DEFENDANT FAILED TO APPEAR

**Party/Count**
D1

**Clerk**
SAG

**Description**
PENALTY ADDED-ORDINANCE

| **Party/Count** | **Amount** |
|---|---|
| D1 | $50.00 |

**Clerk**
SAG

**Description**
DEFAULT JUDGMENT GENERATED

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

---

**Event Date**
11/21/2023

**Description**
FILING DATE

**Comment**
112123

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
120623 930A

Exhibit B

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  MISCELLANEOUS ACTION

**Comment**
  ZONING - 2ND

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  TICKET WITH FILE NUMBER

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  NOTICE TO APPEAR GENERATED

**Comment**
  ZONING - 2ND

**Party/Count**
  D1

**Clerk**
  CMB

---

**Event Date**
  11/20/2023

Exhibit B

**Description**
  ORIGINAL CHARGE

**Comment**
  ZONING - 2ND

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  ORDINANCE FINE & COSTS

| **Party/Count** | **Amount** |
|---|---|
| D1 | $230.00 |

**Clerk**
  CMB

---

**Description**
  DISTRICT COURT COSTS

| **Party/Count** | **Amount** |
|---|---|
| D1 | $10.00 |

**Clerk**
  CMB

---

**Description**
  STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| **Party/Count** | **Amount** |
|---|---|
| D1 | $10.00 |

**Clerk**
  CMB

# Case Details

Additional Resources ⌄

| Case ID | Court Location |
|---|---|
| 2023-23H528607B-ON | 47th District Court - Farmington Hills |

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
11/21/2023

**Case Status**
DISPOSED

**Closed Date**

**Balance** 💳
$300.00

## Parties (1)

| Party Name | Party Type/Number |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| Count | Offense Date |
|---|---|
| | 11/20/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

Exhibit B

Officer/Agency or Petitioner
 GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

Charge Level
 CIVIL INFRACTION & PARKING

Amended or Reduced

Attempted, Conspired, Solicited

Notice

Disposition Date
 12/06/2023

Disposition
 DEFAULT JUDGMENT

Sentencing Date
 12/06/2023

License Suspension Clearance Fee Due

## Bonds (0)

## Hearings (1)

Hearing Type
 SCHEDULED FOR FORMAL HEARING

Hearing Date
 12/06/2023 9:30 AM

Hearing Officer
 PARKER, MARLA E.

## Sentencing (1)

| PROCEEDING HELD | Probation Term |
|---|---|
| 12/06/2023 - Count - 0 | |
| Incarceration Type | |

Exhibit B

## COMMUNITY SERVICE/JAIL/PRISON

Location

Minimum Term

Credit Time Served

Community Service In Lieu of Jail

Optional Term

Incarceration Weekend Service

   No

Community Service

Jail/Prison Suspended

   No

Fines Suspended

   No

## VEHICLE IMMOBILIZATION/FORFEITURE

Immobilize Vehicle Ordered

Start Date

Vehicle Forfeited

   No

## PROBATION/REHABILITATION

Probation Officer

Rehabilitation

## LICENSE/CCW INFORMATION

License Suspended/Revoked

Days Suspended

Restricted

Exhibit B

## Events (16)

### Event Date
12/06/2023

### Description
PROCEEDING HELD

### Comment
ZONING - 2ND

### Party/Count
D1

### Clerk
SAG

### Judge
PARKER,MARLA E.,

---

### Description
DEFAULT JUDGMENT

### Party/Count
D1

### Clerk
SAG

---

### Description
SENTENCE

| Party/Count | Amount |
|---|---|
| D1 | $300.00 |

### Clerk
SAG

---

### Description
RECORDED BY PATRICIA BARTLETT #9191

### Party/Count
D1

### Clerk
SAG

Exhibit B

**Description**
DEFENDANT FAILED TO APPEAR

**Party/Count**
D1

**Clerk**
SAG

**Description**
PENALTY ADDED-ORDINANCE

| Party/Count | Amount |
|---|---|
| D1 | $50.00 |

**Clerk**
SAG

**Description**
DEFAULT JUDGMENT GENERATED

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

**Event Date**
11/21/2023

**Description**
FILING DATE

**Comment**
112123

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
120623 930A

Exhibit B

**Party/Count**
  D1

**Clerk**
  CMB

**Description**
  MISCELLANEOUS ACTION

**Comment**
  ZONING - 2ND

**Party/Count**
  D1

**Clerk**
  CMB

**Description**
  NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
  D1

**Clerk**
  CMB

**Description**
  TICKET WITH FILE NUMBER

**Party/Count**
  D1

**Clerk**
  CMB

**Event Date**
  11/20/2023

**Description**
  ORIGINAL CHARGE

**Comment**
  ZONING - 2ND

**Party/Count**
  D1

**Clerk**
  CMB

Exhibit B

**Description**
ORDINANCE FINE & COSTS

| Party/Count | Amount |
|---|---|
| D1 | $230.00 |

**Clerk**
CMB

**Description**
DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

Exhibit B

# Case Details

Additional Resources ▾

| | |
|---|---|
| **Case ID** | **Court Location** |
| 2023-23H528607C-ON | 47th District Court - Farmington Hills |

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
11/21/2023

**Case Status**
DISPOSED

**Closed Date**

**Balance** 💳
$300.00

## Parties (1)

| Party Name | Party Type/Number |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| Count | Offense Date |
|---|---|
| | 11/20/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

Exhibit B

Officer/Agency or Petitioner
 GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

Charge Level
 CIVIL INFRACTION & PARKING

Amended or Reduced

Attempted, Conspired, Solicited

Notice

Disposition Date
 12/06/2023

Disposition
 DEFAULT JUDGMENT

Sentencing Date
 12/06/2023

License Suspension Clearance Fee Due

## Bonds (0)

## Hearings (1)

Hearing Type
 SCHEDULED FOR FORMAL HEARING

Hearing Date
 12/06/2023 9:30 AM

Hearing Officer
 PARKER, MARLA E.

## Sentencing (1)

PROCEEDING HELD                                    Probation Term
 12/06/2023 - Count - 0

Incarceration Type

Exhibit B

## COMMUNITY SERVICE/JAIL/PRISON

Location

Minimum Term

Credit Time Served

Community Service In Lieu of Jail

Optional Term

Incarceration Weekend Service

No

Community Service

Jail/Prison Suspended

No

Fines Suspended

No

---

## VEHICLE IMMOBILIZATION/FORFEITURE

Immobilize Vehicle Ordered

Start Date

Vehicle Forfeited

No

---

## PROBATION/REHABILITATION

Probation Officer

Rehabilitation

---

## LICENSE/CCW INFORMATION

License Suspended/Revoked

Days Suspended

Restricted

Exhibit B

## Events (16)

| | |
|---|---|

### Event Date
12/06/2023

**Description**
PROCEEDING HELD

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

**Judge**
PARKER,MARLA E.,

---

**Description**
DEFAULT JUDGMENT

**Party/Count**
D1

**Clerk**
SAG

---

**Description**
SENTENCE

| Party/Count | Amount |
|---|---|
| D1 | $300.00 |

**Clerk**
SAG

---

**Description**
RECORDED BY PATRICIA BARTLETT #9191

**Party/Count**
D1

**Clerk**
SAG

Exhibit B

**Description**
DEFENDANT FAILED TO APPEAR

**Party/Count**
D1

**Clerk**
SAG

**Description**
PENALTY ADDED-ORDINANCE

| Party/Count | Amount |
|---|---|
| D1 | $50.00 |

**Clerk**
SAG

**Description**
DEFAULT JUDGMENT GENERATED

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

**Event Date**
11/21/2023

**Description**
FILING DATE

**Comment**
112123

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
120623 930A

Exhibit B

**Party/Count**
D1

**Clerk**
CMB

**Description**
MISCELLANEOUS ACTION

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

**Description**
TICKET WITH FILE NUMBER

**Party/Count**
D1

**Clerk**
CMB

**Event Date**
11/20/2023

**Description**
ORIGINAL CHARGE

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

Exhibit B

**Description**
ORDINANCE FINE & COSTS

| Party/Count | Amount |
|---|---|
| D1 | $230.00 |

**Clerk**
CMB

**Description**
DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

Exhibit B

# Case Details

Additional Resources ▾

| | |
|---|---|
| **Case ID** | **Court Location** |
| 2023-23H528608A-ON | 47th District Court - Farmington Hills |

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
11/21/2023

**Case Status**
DISPOSED

**Closed Date**

**Balance** 💳
$300.00

## Parties (1)

| **Party Name** | **Party Type/Number** |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| **Count** | **Offense Date** |
|---|---|
| | 11/20/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

Exhibit B

**Officer/Agency or Petitioner**
GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

**Charge Level**
CIVIL INFRACTION & PARKING

**Amended or Reduced**

**Attempted, Conspired, Solicited**

**Notice**

**Disposition Date**
12/06/2023

**Disposition**
DEFAULT JUDGMENT

**Sentencing Date**
12/06/2023

**License Suspension Clearance Fee Due**

## Bonds (0)

## Hearings (1)

**Hearing Type**
SCHEDULED FOR FORMAL HEARING

**Hearing Date**
12/06/2023 9:30 AM

**Hearing Officer**
PARKER, MARLA E.

## Sentencing (1)

| PROCEEDING HELD | Probation Term |
|---|---|
| 12/06/2023 - Count - 0 | |

**Incarceration Type**

Exhibit B

## COMMUNITY SERVICE/JAIL/PRISON

Location

Minimum Term

Credit Time Served

Community Service In Lieu of Jail

Optional Term

Incarceration Weekend Service

  No

Community Service

Jail/Prison Suspended

  No

Fines Suspended

  No

---

## VEHICLE IMMOBILIZATION/FORFEITURE

Immobilize Vehicle Ordered

Start Date

Vehicle Forfeited

  No

---

## PROBATION/REHABILITATION

Probation Officer

Rehabilitation

---

## LICENSE/CCW INFORMATION

License Suspended/Revoked

Days Suspended

Restricted

Exhibit B

## Events (17)

| ⠿ | ▦ |
|---|---|

---

**Event Date**
12/06/2023

---

**Description**
PROCEEDING HELD

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

**Judge**
PARKER,MARLA E.,

---

**Description**
DEFAULT JUDGMENT

**Party/Count**
D1

**Clerk**
SAG

---

**Description**
SENTENCE

| **Party/Count** | **Amount** |
|---|---|
| D1 | $300.00 |

**Clerk**
SAG

---

**Description**
RECORDED BY PATRICIA BARTLETT #9191

**Party/Count**
D1

**Clerk**
SAG

---

Exhibit B

**Description**
DEFENDANT FAILED TO APPEAR

**Party/Count**
D1

**Clerk**
SAG

**Description**
PENALTY ADDED-ORDINANCE

**Party/Count**                                    **Amount**
D1                                                      $50.00

**Clerk**
SAG

**Description**
DEFAULT JUDGMENT GENERATED

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

**Event Date**
11/21/2023

**Description**
FILING DATE

**Comment**
112123

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
120623 930A

Exhibit B

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
MISCELLANEOUS ACTION

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
TICKET WITH FILE NUMBER

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
NOTICE TO APPEAR GENERATED

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

---

**Event Date**
11/20/2023

Exhibit B

**Description**
ORIGINAL CHARGE

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
ORDINANCE FINE & COSTS

| **Party/Count** | **Amount** |
| --- | --- |
| D1 | $230.00 |

**Clerk**
CMB

**Description**
DISTRICT COURT COSTS

| **Party/Count** | **Amount** |
| --- | --- |
| D1 | $10.00 |

**Clerk**
CMB

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| **Party/Count** | **Amount** |
| --- | --- |
| D1 | $10.00 |

**Clerk**
CMB

Exhibit B

# Case Details

Additional Resources ▾

| | |
|---|---|
| **Case ID** | **Court Location** |
| 2023-23H528608B-ON | 47th District Court - Farmington Hills |

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
11/21/2023

**Case Status**
DISPOSED

**Closed Date**

**Balance** 💳
$300.00

## Parties (1)

| Party Name | Party Type/Number |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| Count | Offense Date |
|---|---|
| | 11/20/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

Exhibit B

Officer/Agency or Petitioner
  GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

Charge Level
  CIVIL INFRACTION & PARKING

Amended or Reduced

Attempted, Conspired, Solicited

Notice

Disposition Date
  12/06/2023

Disposition
  DEFAULT JUDGMENT

Sentencing Date
  12/06/2023

License Suspension Clearance Fee Due

## Bonds (0)

## Hearings (1)

Hearing Type
  SCHEDULED FOR FORMAL HEARING

Hearing Date
  12/06/2023 9:30 AM

Hearing Officer
  PARKER, MARLA E.

## Sentencing (1)

PROCEEDING HELD                                    Probation Term
  12/06/2023 - Count - 0

Incarceration Type

Exhibit B

## COMMUNITY SERVICE/JAIL/PRISON

Location

Minimum Term

Credit Time Served

Community Service In Lieu of Jail

Optional Term

Incarceration Weekend Service

   No

Community Service

Jail/Prison Suspended

   No

Fines Suspended

   No

---

## VEHICLE IMMOBILIZATION/FORFEITURE

Immobilize Vehicle Ordered

Start Date

Vehicle Forfeited

   No

---

## PROBATION/REHABILITATION

Probation Officer

Rehabilitation

---

## LICENSE/CCW INFORMATION

License Suspended/Revoked

Days Suspended

Restricted

Exhibit B

## Events (16)

| Event Date |
| --- |
| 12/06/2023 |

**Description**
PROCEEDING HELD

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

**Judge**
PARKER,MARLA E.,

---

**Description**
DEFAULT JUDGMENT

**Party/Count**
D1

**Clerk**
SAG

---

**Description**
SENTENCE

| Party/Count | Amount |
| --- | --- |
| D1 | $300.00 |

**Clerk**
SAG

---

**Description**
RECORDED BY PATRICIA BARTLETT #9191

**Party/Count**
D1

**Clerk**
SAG

Exhibit B

**Description**
DEFENDANT FAILED TO APPEAR

**Party/Count**
D1

**Clerk**
SAG

---

**Description**
PENALTY ADDED-ORDINANCE

| Party/Count | Amount |
|---|---|
| D1 | $50.00 |

**Clerk**
SAG

---

**Description**
DEFAULT JUDGMENT GENERATED

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

---

**Event Date**
11/21/2023

**Description**
FILING DATE

**Comment**
112123

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
120623 930A

Exhibit B

**Party/Count**
D1

**Clerk**
CMB

**Description**
MISCELLANEOUS ACTION

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

**Description**
TICKET WITH FILE NUMBER

**Party/Count**
D1

**Clerk**
CMB

**Event Date**
11/20/2023

**Description**
ORIGINAL CHARGE

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

Exhibit B

**Description**
ORDINANCE FINE & COSTS

| Party/Count | Amount |
|---|---|
| D1 | $230.00 |

**Clerk**
CMB

**Description**
DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

Exhibit B

# Case Details

Additional Resources ▼

**Case ID**
2023-23H528608C-ON

**Court Location**
47th District Court - Farmington Hills

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
11/21/2023

**Case Status**
DISPOSED

**Closed Date**

**Balance** 💳
$300.00

## Parties (1)

| Party Name | Party Type/Number |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| Count | Offense Date |
|---|---|
| | 11/20/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

Exhibit B

Officer/Agency or Petitioner
GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

Charge Level
CIVIL INFRACTION & PARKING

Amended or Reduced

Attempted, Conspired, Solicited

Notice

Disposition Date
12/06/2023

Disposition
DEFAULT JUDGMENT

Sentencing Date
12/06/2023

License Suspension Clearance Fee Due

## Bonds (0)

## Hearings (1)

Hearing Type
SCHEDULED FOR FORMAL HEARING

Hearing Date
12/06/2023 9:30 AM

Hearing Officer
PARKER, MARLA E.

## Sentencing (1)

PROCEEDING HELD                                    Probation Term
12/06/2023 - Count - 0
Incarceration Type

Exhibit B

## COMMUNITY SERVICE/JAIL/PRISON

Location

Minimum Term

Credit Time Served

Community Service In Lieu of Jail

Optional Term

Incarceration Weekend Service

No

Community Service

Jail/Prison Suspended

No

Fines Suspended

No

## VEHICLE IMMOBILIZATION/FORFEITURE

Immobilize Vehicle Ordered

Start Date

Vehicle Forfeited

No

## PROBATION/REHABILITATION

Probation Officer

Rehabilitation

## LICENSE/CCW INFORMATION

License Suspended/Revoked

Days Suspended

Restricted

Exhibit B

## Events (16)

| | |
|---|---|

### Event Date
12/06/2023

**Description**
PROCEEDING HELD

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

**Judge**
PARKER,MARLA E.,

**Description**
DEFAULT JUDGMENT

**Party/Count**
D1

**Clerk**
SAG

**Description**
SENTENCE

**Party/Count**     **Amount**
D1         $300.00

**Clerk**
SAG

**Description**
RECORDED BY PATRICIA BARTLETT #9191

**Party/Count**
D1

**Clerk**
SAG

Exhibit B

**Description**
DEFENDANT FAILED TO APPEAR

**Party/Count**
D1

**Clerk**
SAG

**Description**
PENALTY ADDED-ORDINANCE

**Party/Count**          **Amount**
D1                        $50.00

**Clerk**
SAG

**Description**
DEFAULT JUDGMENT GENERATED

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
SAG

---

**Event Date**
11/21/2023

**Description**
FILING DATE

**Comment**
112123

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
120623 930A

Exhibit B

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  MISCELLANEOUS ACTION

**Comment**
  ZONING - 2ND

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
  D1

**Clerk**
  CMB

---

**Description**
  TICKET WITH FILE NUMBER

**Party/Count**
  D1

**Clerk**
  CMB

---

**Event Date**
  11/20/2023

**Description**
  ORIGINAL CHARGE

**Comment**
  ZONING - 2ND

**Party/Count**
  D1

**Clerk**
  CMB

Exhibit B

**Description**
ORDINANCE FINE & COSTS

| Party/Count | Amount |
|---|---|
| D1 | $230.00 |

**Clerk**
CMB

**Description**
DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

Exhibit B

# Case Details

Additional Resources ▾

| Case ID | Court Location |
|---|---|
| 2024-23H528611A-ON | 47th District Court - Farmington Hills |

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
01/08/2024

**Case Status**
OPEN

**Next Hearing**
02/14/2024 9:30 AM - SCHEDULED FOR FORMAL HEARING
Hearing Officer - PARKER,MARLA E.

**Closed Date**

**Balance** 💳
$250.00

## Parties (1)

| Party Name | Party Type/Number |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| Count | Offense Date |
|---|---|
| | 12/06/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**

Exhibit B

ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

**Officer/Agency or Petitioner**
  GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

**Charge Level**
  CIVIL INFRACTION & PARKING

**Amended or Reduced**

**Attempted, Conspired, Solicited**

**Notice**

**Disposition Date**

**Disposition**

**Sentencing Date**

**License Suspension Clearance Fee Due**

## Bonds (0)

## Hearings (1)

**Hearing Type**
  SCHEDULED FOR FORMAL HEARING

**Hearing Date**
  02/14/2024 9:30 AM

**Hearing Officer**
  PARKER, MARLA E.

## Sentencing (0)

## Events (9)

Exhibit B



**Event Date**
01/08/2024

**Description**
FILING DATE

**Comment**
010824

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
021424 930A

**Party/Count**
D1

**Clerk**
CMB

**Description**
MISCELLANEOUS ACTION

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

Exhibit B

**Description**
NOTICE TO APPEAR GENERATED

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

---

**Event Date**
12/06/2023

**Description**
ORIGINAL CHARGE

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
ORDINANCE FINE & COSTS

| Party/Count | Amount |
|---|---|
| D1 | $230.00 |

**Clerk**
CMB

**Description**
DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

Exhibit B

# Case Details

Additional Resources ▾

| | |
|---|---|
| **Case ID** | **Court Location** |
| 2024-23H528611B-ON | 47th District Court - Farmington Hills |
| **Case Entitlement** | |
| CITY OF FARMINGTON HILLS V SELTZER | |
| **Judge of Record** | |
| PARKER,MARLA E., | |

**Date Filed**
01/08/2024

**Case Status**
OPEN

**Next Hearing**
02/14/2024 9:30 AM - SCHEDULED FOR FORMAL HEARING
Hearing Officer - PARKER,MARLA E.

**Closed Date**

**Balance** 💳
$250.00

## Parties (1)

| **Party Name** | **Party Type/Number** |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| **Count** | **Offense Date** |
|---|---|
| | 12/06/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**

Exhibit B

ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

**Officer/Agency or Petitioner**
 GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

**Charge Level**
 CIVIL INFRACTION & PARKING

**Amended or Reduced**

**Attempted, Conspired, Solicited**

**Notice**

**Disposition Date**

**Disposition**

**Sentencing Date**

**License Suspension Clearance Fee Due**

## Bonds (0)

## Hearings (1)

**Hearing Type**
 SCHEDULED FOR FORMAL HEARING

**Hearing Date**
 02/14/2024 9:30 AM

**Hearing Officer**
 PARKER, MARLA E.

## Sentencing (0)

## Events (9)

Exhibit B



**Event Date**
01/08/2024

**Description**
FILING DATE

**Comment**
010824

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
021424 930A

**Party/Count**
D1

**Clerk**
CMB

**Description**
MISCELLANEOUS ACTION

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

Exhibit B

**Description**
TICKET WITH FILE NUMBER

**Party/Count**
D1

**Clerk**
CMB

**Event Date**
12/06/2023

**Description**
ORIGINAL CHARGE

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
ORDINANCE FINE & COSTS

| Party/Count | Amount |
|---|---|
| D1 | $230.00 |

**Clerk**
CMB

**Description**
DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

Exhibit B

Exhibit B

# Case Details

Additional Resources ▾

| | |
|---|---|
| **Case ID** | **Court Location** |
| 2024-23H528611C-ON | 47th District Court - Farmington Hills |

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
01/08/2024

**Case Status**
OPEN

**Next Hearing**
02/14/2024 9:30 AM - SCHEDULED FOR FORMAL HEARING
Hearing Officer - PARKER,MARLA E.

**Closed Date**

**Balance** 💳
$250.00

## Parties (1)

| Party Name | Party Type/Number |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| Count | Offense Date |
|---|---|
| | 12/06/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**

Exhibit B

ZONING ($50.00) (346302)

**Arraignment Date**

**Officer/Agency or Petitioner**
GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

**Charge Level**
CIVIL INFRACTION & PARKING

**Amended or Reduced**
Amended

**Attempted, Conspired, Solicited**

**Notice**

**Disposition Date**

**Disposition**

**Sentencing Date**

**License Suspension Clearance Fee Due**

## Bonds (0)

## Hearings (1)

**Hearing Type**
SCHEDULED FOR FORMAL HEARING

**Hearing Date**
02/14/2024 9:30 AM

**Hearing Officer**
PARKER, MARLA E.

## Sentencing (0)

## Events (15)

Exhibit B

**Event Date**
01/08/2024

**Description**
FILING DATE

**Comment**
010824

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
021424 930A

**Party/Count**
D1

**Clerk**
CMB

**Description**
MISCELLANEOUS ACTION

**Comment**
ZONING

**Party/Count**
D1

**Clerk**
CMB

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

Exhibit B

**Description**
TICKET WITH FILE NUMBER

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
MISCELLANEOUS ACTION

**Comment**
ZONING

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
AMENDED CHARGE

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
SUPPLEMENTAL SENTENCING

| Party/Count | Amount |
|---|---|
| D1 | $200.00 |

**Clerk**
CMB

---

**Description**
ORDINANCE FINE & COSTS

| Party/Count | Amount |
|---|---|
| D1 | $230.00 |

**Clerk**
CMB

---

**Description**

Exhibit B

DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

---

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

---

**Event Date**
12/06/2023

**Description**
ORIGINAL CHARGE

**Comment**
ZONING

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
ORDINANCE FINE & COSTS

| Party/Count | Amount |
|---|---|
| D1 | $30.00 |

**Clerk**
CMB

---

**Description**
DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

---

**Description**

Exhibit B

STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

Party/Count                    Amount
D1                             $10.00

Clerk
CMB

Exhibit B

# Case Details

Additional Resources ▼

| | |
|---|---|
| **Case ID** | **Court Location** |
| 2024-23H528612A-ON | 47th District Court - Farmington Hills |

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
01/08/2024

**Case Status**
OPEN

**Next Hearing**
02/14/2024 9:30 AM - SCHEDULED FOR FORMAL HEARING
Hearing Officer - PARKER,MARLA E.

**Closed Date**

**Balance** 💳
$250.00

## Parties (1)

| **Party Name** | **Party Type/Number** |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| **Count** | **Offense Date** |
|---|---|
| | 12/06/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**

Exhibit B

ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

**Officer/Agency or Petitioner**
GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

**Charge Level**
CIVIL INFRACTION & PARKING

**Amended or Reduced**

**Attempted, Conspired, Solicited**

**Notice**

**Disposition Date**

**Disposition**

**Sentencing Date**

**License Suspension Clearance Fee Due**

## Bonds (0)

## Hearings (1)

**Hearing Type**
SCHEDULED FOR FORMAL HEARING

**Hearing Date**
02/14/2024 9:30 AM

**Hearing Officer**
PARKER, MARLA E.

## Sentencing (0)

## Events (10)

Exhibit B



**Event Date**
01/09/2024

**Description**
NOTICE TO APPEAR GENERATED

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Event Date**
01/08/2024

**Description**
FILING DATE

**Comment**
010824

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
021424 930A

**Party/Count**
D1

**Clerk**
CMB

**Description**
MISCELLANEOUS ACTION

**Comment**

Exhibit B

ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
TICKET WITH FILE NUMBER

**Party/Count**
D1

**Clerk**
CMB

---

**Event Date**
12/06/2023

**Description**
ORIGINAL CHARGE

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
ORDINANCE FINE & COSTS

| Party/Count | Amount |
|---|---|
| D1 | $230.00 |

**Clerk**
CMB

**Description**

Exhibit B

DISTRICT COURT COSTS

**Party/Count**                     **Amount**
D1                                  $10.00

**Clerk**
CMB

---

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

**Party/Count**                     **Amount**
D1                                  $10.00

**Clerk**
CMB

Exhibit B

# Case Details

Additional Resources ▼

| Case ID | Court Location |
|---|---|
| 2024-23H528612B-ON | 47th District Court - Farmington Hills |

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
01/08/2024

**Case Status**
OPEN

**Next Hearing**
02/14/2024 9:30 AM - SCHEDULED FOR FORMAL HEARING
Hearing Officer - PARKER,MARLA E.

**Closed Date**

**Balance** 💳
$250.00

## Parties (1)

| Party Name | Party Type/Number |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| Count | Offense Date |
|---|---|
| | 12/06/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**

Exhibit B

ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

Arraignment Date

Officer/Agency or Petitioner
 GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

Charge Level
 CIVIL INFRACTION & PARKING

Amended or Reduced

Attempted, Conspired, Solicited

Notice

Disposition Date

Disposition

Sentencing Date

License Suspension Clearance Fee Due

## Bonds (0)

## Hearings (1)

Hearing Type
 SCHEDULED FOR FORMAL HEARING

Hearing Date
 02/14/2024 9:30 AM

Hearing Officer
 PARKER, MARLA E.

## Sentencing (0)

## Events (9)

Exhibit B



**Event Date**
01/08/2024

**Description**
FILING DATE

**Comment**
010824

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
021424 930A

**Party/Count**
D1

**Clerk**
CMB

**Description**
MISCELLANEOUS ACTION

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

Exhibit B

**Description**
TICKET WITH FILE NUMBER

**Party/Count**
D1

**Clerk**
CMB

**Event Date**
12/06/2023

**Description**
ORIGINAL CHARGE

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
ORDINANCE FINE & COSTS

**Party/Count**                     **Amount**
D1                                  $230.00

**Clerk**
CMB

**Description**
DISTRICT COURT COSTS

**Party/Count**                     **Amount**
D1                                  $10.00

**Clerk**
CMB

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

**Party/Count**                     **Amount**
D1                                  $10.00

**Clerk**
CMB

Exhibit B

Exhibit B

# Case Details

Additional Resources ▾

**Case ID**
2024-23H528612C-ON

**Court Location**
47th District Court - Farmington Hills

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

---

**Date Filed**
01/08/2024

**Case Status**
OPEN

**Next Hearing**
02/14/2024 9:30 AM - SCHEDULED FOR FORMAL HEARING
Hearing Officer - PARKER,MARLA E.

**Closed Date**

**Balance** 💳
$250.00

## Parties (1)

**Party Name**
SELTZER/MARK/

**Party Type/Number**
DEFENDANT - 1

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

**Count**

**Offense Date**
12/06/2023

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**

<span style="color:red">Exhibit B</span>

ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

**Officer/Agency or Petitioner**
GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

**Charge Level**
CIVIL INFRACTION & PARKING

**Amended or Reduced**

**Attempted, Conspired, Solicited**

**Notice**

**Disposition Date**

**Disposition**

**Sentencing Date**

**License Suspension Clearance Fee Due**

## Bonds (0)

## Hearings (1)

**Hearing Type**
SCHEDULED FOR FORMAL HEARING

**Hearing Date**
02/14/2024 9:30 AM

**Hearing Officer**
PARKER, MARLA E.

## Sentencing (0)

## Events (9)

Exhibit B



**Event Date**
01/08/2024

**Description**
FILING DATE

**Comment**
010824

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
021424 930A

**Party/Count**
D1

**Clerk**
CMB

**Description**
MISCELLANEOUS ACTION

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

Exhibit B

**Description**
TICKET WITH FILE NUMBER

**Party/Count**
D1

**Clerk**
CMB

**Event Date**
12/06/2023

**Description**
ORIGINAL CHARGE

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
ORDINANCE FINE & COSTS

| Party/Count | Amount |
|---|---|
| D1 | $230.00 |

**Clerk**
CMB

**Description**
DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

Exhibit B

Exhibit B

# Case Details

Additional Resources ▼

**Case ID**
2024-23H528613A-ON

**Court Location**
47th District Court - Farmington Hills

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

---

**Date Filed**
01/08/2024

**Case Status**
OPEN

**Next Hearing**
02/14/2024 9:30 AM - SCHEDULED FOR FORMAL HEARING
Hearing Officer - PARKER,MARLA E.

**Closed Date**

**Balance** 💳
$250.00

## Parties (1)

**Party Name**
SELTZER/MARK/

**Party Type/Number**
DEFENDANT - 1

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

**Count**

**Offense Date**
12/14/2023

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**

Exhibit B

ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

Arraignment Date

Officer/Agency or Petitioner
  GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

Charge Level
  CIVIL INFRACTION & PARKING

Amended or Reduced

Attempted, Conspired, Solicited

Notice

Disposition Date

Disposition

Sentencing Date

License Suspension Clearance Fee Due

## Bonds (0)

## Hearings (1)

Hearing Type
  SCHEDULED FOR FORMAL HEARING

Hearing Date
  02/14/2024 9:30 AM

Hearing Officer
  PARKER, MARLA E.

## Sentencing (0)

## Events (10)

Exhibit B



**Event Date**

01/09/2024

**Description**

NOTICE TO APPEAR GENERATED

**Comment**

ZONING - 2ND

**Party/Count**

D1

**Clerk**

CMB

---

**Event Date**

01/08/2024

**Description**

FILING DATE

**Comment**

010824

**Party/Count**

D1

**Clerk**

CMB

**Description**

SCHEDULED FOR FORMAL HEARING

**Comment**

021424 930A

**Party/Count**

D1

**Clerk**

CMB

**Description**

MISCELLANEOUS ACTION

**Comment**

Exhibit B

ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
TICKET WITH FILE NUMBER

**Party/Count**
D1

**Clerk**
CMB

---

**Event Date**
12/14/2023

**Description**
ORIGINAL CHARGE

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

---

**Description**
ORDINANCE FINE & COSTS

**Party/Count**          **Amount**
D1                      $230.00

**Clerk**
CMB

**Description**

Exhibit B

DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

---

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

Exhibit B

# Case Details

Additional Resources ▾

**Case ID**
2024-23H528613B-ON

**Court Location**
47th District Court - Farmington Hills

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
01/08/2024

**Case Status**
OPEN

**Next Hearing**
02/14/2024 9:30 AM - SCHEDULED FOR FORMAL HEARING
Hearing Officer - PARKER,MARLA E.

**Closed Date**

**Balance** 💳
$250.00

## Parties (1)

**Party Name**
SELTZER/MARK/

**Party Type/Number**
DEFENDANT - 1

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

**Count**

**Offense Date**
12/14/2023

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**

Exhibit B

ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

Arraignment Date

Officer/Agency or Petitioner
GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

Charge Level
CIVIL INFRACTION & PARKING

Amended or Reduced

Attempted, Conspired, Solicited

Notice

Disposition Date

Disposition

Sentencing Date

License Suspension Clearance Fee Due

## Bonds (0)

## Hearings (1)

Hearing Type
SCHEDULED FOR FORMAL HEARING

Hearing Date
02/14/2024 9:30 AM

Hearing Officer
PARKER, MARLA E.

## Sentencing (0)

## Events (9)

Exhibit B



**Event Date**
01/08/2024

**Description**
FILING DATE

**Comment**
010824

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
021424 930A

**Party/Count**
D1

**Clerk**
CMB

**Description**
MISCELLANEOUS ACTION

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

Exhibit B

**Description**
TICKET WITH FILE NUMBER

**Party/Count**
D1

**Clerk**
CMB

---

**Event Date**
12/14/2023

**Description**
ORIGINAL CHARGE

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
ORDINANCE FINE & COSTS

| Party/Count | Amount |
|---|---|
| D1 | $230.00 |

**Clerk**
CMB

**Description**
DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

Exhibit B

# Case Details

Additional Resources ▾

**Case ID**
2024-23H528613C-ON

**Court Location**
47th District Court - Farmington Hills

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
01/08/2024

**Case Status**
OPEN

**Next Hearing**
02/14/2024 9:30 AM - SCHEDULED FOR FORMAL HEARING
Hearing Officer - PARKER,MARLA E.

**Closed Date**

**Balance** 💳
$250.00

## Parties (1)

| Party Name | Party Type/Number |
| --- | --- |
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| Count | Offense Date |
| --- | --- |
| | 12/14/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**

Exhibit B

ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

**Officer/Agency or Petitioner**
GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

**Charge Level**
CIVIL INFRACTION & PARKING

**Amended or Reduced**

**Attempted, Conspired, Solicited**

**Notice**

**Disposition Date**

**Disposition**

**Sentencing Date**

**License Suspension Clearance Fee Due**

## Bonds (0)

## Hearings (1)

**Hearing Type**
SCHEDULED FOR FORMAL HEARING

**Hearing Date**
02/14/2024 9:30 AM

**Hearing Officer**
PARKER, MARLA E.

## Sentencing (0)

## Events (9)

Exhibit B



**Event Date**
01/08/2024

**Description**
FILING DATE

**Comment**
010824

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
021424 930A

**Party/Count**
D1

**Clerk**
CMB

**Description**
MISCELLANEOUS ACTION

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

Exhibit B

**Description**
TICKET WITH FILE NUMBER

**Party/Count**
D1

**Clerk**
CMB

**Event Date**
12/14/2023

**Description**
ORIGINAL CHARGE

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
ORDINANCE FINE & COSTS

| Party/Count | Amount |
|---|---|
| D1 | $230.00 |

**Clerk**
CMB

**Description**
DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

Exhibit B

# Case Details

Additional Resources ▾

**Case ID**
2024-23H528614A-ON

**Court Location**
47th District Court - Farmington Hills

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

---

**Date Filed**
01/09/2024

**Case Status**
OPEN

**Next Hearing**
02/14/2024 9:30 AM - SCHEDULED FOR FORMAL HEARING
Hearing Officer - PARKER,MARLA E.

**Closed Date**

**Balance** 💳
$250.00

## Parties (1)

**Party Name**
SELTZER/MARK/

**Party Type/Number**
DEFENDANT - 1

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

**Count**

**Offense Date**
12/14/2023

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**

Exhibit B

ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

Arraignment Date

Officer/Agency or Petitioner
  GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

Charge Level
  CIVIL INFRACTION & PARKING

Amended or Reduced

Attempted, Conspired, Solicited

Notice

Disposition Date

Disposition

Sentencing Date

License Suspension Clearance Fee Due

## Bonds (0)

## Hearings (1)

Hearing Type
  SCHEDULED FOR FORMAL HEARING

Hearing Date
  02/14/2024 9:30 AM

Hearing Officer
  PARKER, MARLA E.

## Sentencing (0)

## Events (11)

Exhibit B



**Event Date**
01/09/2024

**Description**
FILING DATE

**Comment**
010924

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
021424 930A

**Party/Count**
D1

**Clerk**
CMB

**Description**
MISCELLANEOUS ACTION

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

Exhibit B

**Description**

TICKET WITH FILE NUMBER

**Party/Count**

D1

**Clerk**

CMB

**Description**

NOTICE TO APPEAR GENERATED

**Comment**

ZONING - 2ND

**Party/Count**

D1

**Clerk**

CMB

**Description**

NOTICE TO APPEAR GENERATED

**Comment**

ALL COUNTS

**Party/Count**

D1

**Clerk**

CMB

**Event Date**

12/14/2023

**Description**

ORIGINAL CHARGE

**Comment**

ZONING - 2ND

**Party/Count**

D1

**Clerk**

CMB

**Description**

ORDINANCE FINE & COSTS

Exhibit B

| Party/Count | Amount |
|---|---|
| D1 | $230.00 |

**Clerk**
CMB

---

**Description**
DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

---

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

Exhibit B

# Case Details

Additional Resources ▾

| Case ID | Court Location |
|---|---|
| 2024-23H528614B-ON | 47th District Court - Farmington Hills |

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

---

**Date Filed**
01/09/2024

**Case Status**
OPEN

**Next Hearing**
02/14/2024 9:30 AM - SCHEDULED FOR FORMAL HEARING
Hearing Officer - PARKER,MARLA E.

**Closed Date**

**Balance** 💳
$250.00

## Parties (1)

| Party Name | Party Type/Number |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| Count | Offense Date |
|---|---|
| | 12/14/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**

<span style="color:red">Exhibit B</span>

ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Arraignment Date**

**Officer/Agency or Petitioner**
GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

**Charge Level**
CIVIL INFRACTION & PARKING

**Amended or Reduced**

**Attempted, Conspired, Solicited**

**Notice**

**Disposition Date**

**Disposition**

**Sentencing Date**

**License Suspension Clearance Fee Due**

## Bonds (0)

## Hearings (1)

**Hearing Type**
SCHEDULED FOR FORMAL HEARING

**Hearing Date**
02/14/2024 9:30 AM

**Hearing Officer**
PARKER, MARLA E.

## Sentencing (0)

## Events (9)

Exhibit B



**Event Date**
01/09/2024

**Description**
FILING DATE

**Comment**
010924

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
021424 930A

**Party/Count**
D1

**Clerk**
CMB

**Description**
MISCELLANEOUS ACTION

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

Exhibit B

**Description**
TICKET WITH FILE NUMBER

**Party/Count**
D1

**Clerk**
CMB

**Event Date**
12/14/2023

**Description**
ORIGINAL CHARGE

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
ORDINANCE FINE & COSTS

**Party/Count**                          **Amount**
D1                                       $230.00

**Clerk**
CMB

**Description**
DISTRICT COURT COSTS

**Party/Count**                          **Amount**
D1                                       $10.00

**Clerk**
CMB

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

**Party/Count**                          **Amount**
D1                                       $10.00

**Clerk**
CMB

Exhibit B

# Case Details

Additional Resources ▾

| Case ID | Court Location |
|---|---|
| 2024-23H528614C-ON | 47th District Court - Farmington Hills |

**Case Entitlement**
CITY OF FARMINGTON HILLS V SELTZER

**Judge of Record**
PARKER,MARLA E.,

**Date Filed**
01/09/2024

**Case Status**
OPEN

**Next Hearing**
02/14/2024 9:30 AM - SCHEDULED FOR FORMAL HEARING
Hearing Officer - PARKER,MARLA E.

**Closed Date**

**Balance** 💳
$250.00

## Parties (1)

| Party Name | Party Type/Number |
|---|---|
| SELTZER/MARK/ | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

## Charges (1)

| Count | Offense Date |
|---|---|
| | 12/14/2023 |

**Current Charge**
ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

**Original Charge**

Exhibit B

ZONING - SECOND OR SUBSEQUENT OFFENSE (346303)

Arraignment Date

Officer/Agency or Petitioner
GRENANCO A - FARMINGTON HILLS POLICE DEPARTMENT

Charge Level
CIVIL INFRACTION & PARKING

Amended or Reduced

Attempted, Conspired, Solicited

Notice

Disposition Date

Disposition

Sentencing Date

License Suspension Clearance Fee Due

## Bonds (0)

## Hearings (1)

Hearing Type
SCHEDULED FOR FORMAL HEARING

Hearing Date
02/14/2024 9:30 AM

Hearing Officer
PARKER, MARLA E.

## Sentencing (0)

## Events (9)

Exhibit B



**Event Date**
01/09/2024

**Description**
FILING DATE

**Comment**
010924

**Party/Count**
D1

**Clerk**
CMB

**Description**
SCHEDULED FOR FORMAL HEARING

**Comment**
021424 930A

**Party/Count**
D1

**Clerk**
CMB

**Description**
MISCELLANEOUS ACTION

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
NOTICE TO DEFT/ATTORNEY OF ZOOM MEETING ID

**Party/Count**
D1

**Clerk**
CMB

Exhibit B

**Description**
TICKET WITH FILE NUMBER

**Party/Count**
D1

**Clerk**
CMB

---

**Event Date**
12/14/2023

**Description**
ORIGINAL CHARGE

**Comment**
ZONING - 2ND

**Party/Count**
D1

**Clerk**
CMB

**Description**
ORDINANCE FINE & COSTS

| Party/Count | Amount |
|---|---|
| D1 | $230.00 |

**Clerk**
CMB

**Description**
DISTRICT COURT COSTS

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

**Description**
STATE COSTS - NON-TRAFFIC CIVIL INFRACTION

| Party/Count | Amount |
|---|---|
| D1 | $10.00 |

**Clerk**
CMB

Exhibit B

## CIVIL INFRACTION - READ CAREFULLY

**WARNING:** If you fail to appear by the date specified on the front of this citation or at the date and time scheduled for hearing, a default judgment will be entered against you. A person who fails to answer a citation is guilty of a misdemeanor. Timely application to the court for a hearing or return of the citation with an admission of responsibility and with full payment of applicable civil fines and costs constitute a timely appearance.

If this is a traffic violation and you fail to answer this citation or a notice to appear, the Secretary of State will suspend your driver license.

If this is a state civil infraction and you fail to answer this citation or a notice to appear, the Secretary of State will not issue or renew your driver license.

If this is a municipal civil infraction and you fail to answer this citation or a notice to appear in court or to comply with a judgment, the municipal agency that alleged the violation and the prosecutor may try to collect the judgment through civil post judgment collection procedures.

You are alleged to be responsible for a civil infraction. For each charge listed on the front of this ticket, you must either: 1) admit responsibility; 2) admit responsibility with explanation; or 3) deny responsibility. Check the appropriate box for each charge and sign your name.

**ADMIT RESPONSIBILITY** by mail, in person, or by representation.

BY MAIL. Contact the court indicated on the front of this citation and obtain the amount of your fine and costs. Sign below. Mail this copy with your certified check or money order to the court clerk, or before the date specified on the front of this citation.

IN PERSON OR BY REPRESENTATION. Sign below. You or your representative must bring this copy to the court clerk at the address indicated on the front of this citation on or before the date specified on the front of this citation.

I enter my appearance, waive my right to a hearing, and I admit responsibility for the civil infraction alleged on the front of this citation.

| | |
|---|---|
| ☐ Charge 1 Signature | Date |
| ☐ Charge 2 Signature | Date |
| ☐ Charge 3 Signature | Date |

**ADMIT RESPONSIBILITY WITH EXPLANATION.** You may admit responsibility with explanation of the circumstances of the violation which the court may consider in determining the amount of your fine and costs. You may admit responsibility with explanation by mail, in person, or by representation.

IN PERSON OR BY REPRESENTATION. Contact the court on or before the date specified on the front of this citation in person, by mail, by telephone, or by representation to obtain a time to appear in court to give your explanation.

BY MAIL. Sign below. Mail this copy and your explanation on a separate sheet of paper to the court clerk at the address indicated on or before the date specified on the front of this citation. The court will mail you its determination and, if applicable, order any fine and costs to be paid by you.

I enter my appearance by mail, waive my right to a hearing, and admit responsibility with explanation for the civil infraction alleged on the front of this citation.

| | |
|---|---|
| ☐ Charge 1 Signature | Date |
| ☐ Charge 2 Signature | Date |
| ☐ Charge 3 Signature | Date |

**DENY RESPONSIBILITY.** To deny responsibility you must either:
1. Appear in person in court for an informal hearing before a magistrate, referee, or judge; neither side may have an attorney. OR
2. Appear in court for a formal hearing before a judge. An attorney will be with the officer. You may be represented by an attorney.

If a hearing date is specified on the front of this citation, you must appear on that date for an informal hearing unless you contact the court at least 10 days before that date by mail, telephone, representation, or in person to request a formal hearing.

If an appearance date is specified on the front of this citation, you must contact the court on or before that date by mail, telephone, representation, or in person to obtain a hearing date. The court will schedule an informal hearing unless you request a formal hearing. A municipal agency may also request a formal hearing.

| | | |
|---|---|---|
| ☐ Charge 1 | ☐ Charge 2 | ☐ Charge 3 |

**VIOLATION FOR WHICH COURT MAY WAIVE FINE/COSTS:**

Correct the violation. Present the citation to any law enforcement officer to certify the correction. Mail or bring the citation to the court clerk at the address shown before your appearance or hearing date.

OFFICER CERTIFICATION. I certify that the violation described on the front of this ticket has been corrected.

| | For Charges | | |
|---|---|---|---|
| | ☐ Charge 1 Signature | | on front of ticket. |
| | ☐ Charge 2 Signature | | on front of ticket. |
| | ☐ Charge 3 Signature | | on front of ticket. |

| Officer's Signature | | Officer's ID No. | Date |
|---|---|---|---|

| Agency Name | Agency ORI |
|---|---|

Notify the court and the Secretary of State immediately if you change your address.

**PLEASE NOTE:** If you do not understand these instructions, or if you have questions about what you must do, contact the court in person or by telephone on or before the appearance date or hearing date specified on the front of this citation.

CIVIL INFRACTION COPY

---

State of Michigan
Uniform Law Citation

Ticket **O 532042**   ☐ Victim Involved

| US DOT # | Incident No. | Dept. No. |
|---|---|---|

The People of: ☐ the State of Michigan
☐ Township ☒ City ☐ Village

| Local Use/Arrest No. | | Detection Device |
|---|---|---|

OF: **FARMINGTON HILLS**   BAC ___   / of 2

| THE UNDERSIGNED SAYS THAT ON: | Month **9** | Day **11** | Year **23** | At approximately **300** ☐ A.M. ☒ P.M. | Date of Birth Month | Day | Year |
|---|---|---|---|---|---|---|---|

| State | ☐ Oper./Chauf | Driver License Number | | SSN (last 4 dig) |
|---|---|---|---|---|
| | ☐ CDL | | | |

| Race | Sex | Height | Weight | Hair | Eyes | Occupation/Employer **Housing Specialist HUD** |
|---|---|---|---|---|---|---|

Name (First, Middle, Last) **Todd Vandersmith**

Street **110 W. 7th St, Suite 1110**

| City **Tulsa** | State **OK** | Zip Code **74119** |
|---|---|---|

| Vehicle Plate No. | Year | Vehicle Description (Year, Make, Color) | Veh. Ty |
|---|---|---|---|

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance ☐ State Law ☐ Administrative Rul

UPON **36808 Howard, Farmington Hills**

AT OR NEAR **Historic House #207**

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF **FARMINGTON HILLS**

COUNTY OF **OAKLAND**   DID THE FOLLOWIN

MCL Cite/PACC Code/

| Type | Ordinance | Description (include any bond deposit collected on each charge) | Charge No |
|---|---|---|---|
| ☒ Cit ☐ Warn<br>☐ Misd ☐ Fug<br>☐ Fel ☐ Waiv | Authorization pend.<br>PMC **3027** | Municipal Civil Infraction<br>Accessory Structures | |
| ☒ Cit ☐ Warn<br>☐ Misd ☐ Fug<br>☐ Fel ☐ Waiv | Authorization pend.<br>PMC **304.1** | Municipal Civil Infraction<br>General Exterior | |
| ☒ Cit ☐ Warn<br>☐ Misd ☐ Fug<br>☐ Fel ☐ Waiv | Authorization pend.<br>PMC **304.2** | Municipal Civil Infraction<br>Protective Treatment | |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s)

Key for Type: Cit = Civil Infraction   Misd = Misdemeanor   Fel = Felony   Warn = Warning   Fug = Fugitiv
Waiv = Violation for Which Fines/Costs May Be Waived   Authorization pend. = Authorization pending

Remarks: **Mandatory Court Appearance Historic House - HUD owns - Not maintaining - Have been in contact w/HUD & Greenwalton since June 2023 &**

| CHECK IF APPROPRIATE | |
|---|---|
| ☐ Damage to Property | ☐ Local Court Bond $ |
| ☐ Vehicle Impounded | ☐ License Posted in Lieu of Bond |
| ☐ Traffic Crash | ☐ Appearance Certificate |
| ☐ Injury | ☐ Death | ☒ None |

Person in Active Military Service ☐ Yes ☒ No

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS

Appearance Date on or before **TO BE NOTIFIED**

Hearing Date (if applicable) ___   ☐ Contact Court

☐ Juvenile Traffic Misd. (Court will Notify)   ☒ Formal Hearing Required. (Court will Notify)

In the **47th DISTRICT** Court of **FARMINGTON HILLS**

Court Address & Phone Number
**31605 W. 11 MILE RD. FARMINGTON HILLS, MI 48336**

CITATION FEE SCHEDULE
**(248) 871-2920**

I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable). I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

| Complainant's Signature and receipt if applicable | Month **9** | Day **11** | Year **23** |
|---|---|---|---|

| Officer's Name (printed) **A. Grennino** | Officer's ID No. **Coring** |
|---|---|

| Agency ORI **MI- 6338900** | Agency Name **FARMINGTON HILLS POLICE** |
|---|---|

UC-01a
(rev. 6/05)   Court Copy 1

PRESS – YOU ARE MAKING FIVE COPIES
ORDER BY FORM NO. M76 (Revised 6/05)
Fidlar Online @ www.fidlaronline.com

Exhibit B

## CIVIL INFRACTION - READ CAREFULLY

**WARNING:** If you fail to appear by the date specified on the front of this citation or at the date and time scheduled for hearing, a default judgment will be entered against you. A person who fails to answer a citation is guilty of a misdemeanor. Timely application to the court for a hearing or return of the citation with an admission of responsibility with full payment of applicable civil fines and costs constitute a timely appearance.

If this is a traffic violation and you fail to answer a citation or a notice to appear, the Secretary of State will suspend your driver license.

If this is a state civil infraction and you fail to answer this citation or a notice to appear, the Secretary of State will not issue or renew your driver license.

If this is a municipal civil infraction and you fail to answer this citation or a notice to appear in court or to comply with a judgment, the municipal agency that alleged the violation and the prosecutor may try to collect the judgment through civil post judgment collection procedures.

You are required to be responsible for a civil infraction. For each charge listed on the front of this ticket, you must either: 1) admit responsibility; or 2) admit responsibility with explanation; or 3) deny responsibility. Check the appropriate box for each charge and sign your name.

**ADMIT RESPONSIBILITY** by mail, in person, or by representation.

BY MAIL. Contact the court indicated on the front of this citation and obtain the amount of your fine and costs. Sign below. Mail this copy with your certified check or money order to the court clerk, on or before the date specified on the front of this citation.

IN PERSON OR BY REPRESENTATION. Sign below. You or your representative must bring this copy to the court clerk at the address indicated on the front of this citation on or before the date specified on the front of this citation.

I enter my appearance, waive my right to a hearing, and I admit responsibility for the civil infraction alleged on the front of this citation.

☐ Charge 1 Signature _____ Date _____
☐ Charge 2 Signature _____ Date _____
☐ Charge 3 Signature _____ Date _____

**ADMIT RESPONSIBILITY WITH EXPLANATION.** You may admit responsibility with explanation of the circumstances of the violation which the court may consider in determining the amount of your fine and costs. You may admit responsibility with explanation by mail, in person, or by representation.

IN PERSON OR BY REPRESENTATION. Contact the court on or before the date specified on the front of this citation in person, by mail, by telephone, or by representation to obtain a time to appear in court to give your explanation.

BY MAIL. Sign below. Mail this copy and your explanation on a separate sheet of paper to the court clerk at the address indicated on or before the date specified on the front of this citation. The court will mail you its determination and, if applicable, order any fine and costs to be paid by you.

I enter my appearance by mail, waive my right to a hearing, and admit responsibility with explanation for the civil infraction alleged on the front of this citation.

☐ Charge 1 Signature _____ Date _____
☐ Charge 2 Signature _____ Date _____
☐ Charge 3 Signature _____ Date _____

**DENY RESPONSIBILITY.** To deny responsibility you must either:
1. Appear in court for an informal hearing before a magistrate, referee, or judge; neither side may have an attorney, OR
2. Appear in court for a formal hearing before a judge. An attorney will be with the officer. You may be represented by an attorney.

If a hearing date is specified on the front of this citation, you must appear on that date for an informal hearing unless you contact the court at least 10 days before that date by mail, telephone, representation, or in person to request a formal hearing.

If an appearance date is specified on the front of this citation, you must contact the court on or before that date by mail, telephone, representation, or in person to obtain a hearing date. The court will schedule an informal hearing unless you request a formal hearing. A municipal agency may also request a formal hearing.

☐ Charge 1 _____  ☐ Charge 2 _____  ☐ Charge 3 _____

**VIOLATION FOR WHICH COURT MAY WAIVE FINE/COSTS:**
Correct the violation. Present the citation to any law enforcement officer to certify the correction. Mail or bring the citation to the court clerk at the address shown before your appearance or hearing date.

**OFFICER CERTIFICATION.** I certify that the violation described on the front of this citation has been corrected.  ☐ Charge 1 Signature _____ on front of ticket.
For Charges ☐ Charge 2 Signature _____ on front of ticket.
☐ Charge 3 Signature _____ on front of ticket.

| Officer's Signature | Officer's ID No. | Date |
|---|---|---|
| | | |

| Agency Name | Agency ORI |
|---|---|
| | |

Notify the court and the Secretary of State immediately if you change your address.

**PLEASE NOTE:** If you do not understand these instructions, or if you have questions about what you must do, contact the court in person or by telephone on or before the appearance date or hearing date specified on the front of this citation.

**CIVIL INFRACTION COPY**

---

**State of Michigan**
**Uniform Law Citation**

Ticket **O 532043**  ☐ Victim Involved

US DOT #: _____  Incident No. _____  Dept. No. _____

The People of: ☐ the State of Michigan  Local Use/Arrest No. _____  Detection Device _____
☐ Township ☒ City ☐ County
OF: **FARMINGTON HILLS**  BAC _____  2 of 3

THE UNDERSIGNED SAYS THAT ON:  Month **9** Day **11** Year **23**  At approximately **3:00** ☐ A.M. ☒ P.M.  Date of Birth Month __ Day __ Year __

State ☐ Oper/Chauff Driver License Number _____  SSN (last 4 digits) _____
☐ CDL

Race __ Sex __ Height __ Weight __ Hair __ Eyes __  Occupation/Employer **Housing Specialist HUD**

Name (First, Middle, Last) **Todd Vandersmith**

Street **110 W. 7th St., Suite 1110**

City **Tulsa**  State **OK**  Zip Code **74119**

Vehicle Plate No. _____  Year _____  State _____  Vehicle Description (Year, Make, Color) _____  Veh. Ty _____

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance ☐ State Law ☐ Administrative Rule

UPON **36088 Howard, Farmington Hills**

AT or NEAR **Historic House #207**  **FARMINGTON HILLS**

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF _____

COUNTY OF **OAKLAND**  DID THE FOLLOWING:

| | Type | Ordinance | Description (include any bond amount collected on each charge) | No. |
|---|---|---|---|---|
| ☒ CII ☐ Warn | PMC | **304.7** | **Municipal Civil Infraction** **Roofs/Drainage** | |
| ☐ Misd ☐ Fug | | | | |
| ☐ Fel ☐ Waiv | | Authorization pend. | | |
| ☒ CII ☐ Warn | PMC | **304.13** | **Municipal Civil Infraction** **Windows/Skylights/Frames** | |
| ☐ Misd ☐ Fug | | | | |
| ☐ Fel ☐ Waiv | | Authorization pend. | | |
| ☒ CII ☐ Warn | PMC | **304.15** | **Municipal Civil Infraction** **Doors Exterior** | |
| ☐ Misd ☐ Fug | | | | |
| ☐ Fel ☐ Waiv | | Authorization pend. | | |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s) _____

Key for Type: CII = Civil Infraction  Misd = Misdemeanor  Fel = Felony  Warn = Warning  Fug = Fugitive  Waiv = Violation for Which Fines/Costs May be Waived  Authorization pend. = Authorization pending

Remarks: **Mandatory Court Appearance** **Free recently went through house** **sometime end of August.**

CHECK IF APPROPRIATE  ☐ Damage to Property  ☐ Local Court Bond $ _____
☐ Vehicle Impounded  ☐ Injury  ☐ License Posted in Lieu of Bond
☐ Traffic Crash  ☐ Death  ☐ Appearance Certificate
Person in Active Military Service ☐ Yes ☐ No

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS

Appearance Date on front _____  **To Be Notified**

Hearing Date (if applicable) on _____  ☐ Contact Court
☐ Juvenile Traffic Misd. (Court will Notify)  ☐ Formal Hearing Required. (Court will Notify)

In the **47th DISTRICT**  Court of **FARMINGTON HILLS**

Court Address & Phone Number
**31605 W. 11 MILE RD. FARMINGTON HILLS, MI 48336**

**CITATION FEE SCHEDULE**
**(248) 871-2920**

I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable). I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable  Month **9** Day **11** Year **23**

Officer's Name (printed) **A. Menamo**  Officer's ID No. _____

Officer's Signature **A. Menamo**  **Zoning**

Agency ORI **MI- 6338900**  Agency Name **FARMINGTON HILLS POLICE**

UC-01a
(rev. 6/05)  **Court Copy 1**

PRESS — YOU ARE MAKING FIVE COPIES
ORDER BY FORM NO. M76 (Revised 6/05)
Fidlar Online @ www.fidlaronline.com

Exhibit B

## CIVIL INFRACTION - READ CAREFULLY

**WARNING:** If you fail to appear by the date specified on the front of this citation or at the date and time scheduled for hearing, a default judgment will be entered against you. A person who fails to answer a citation is guilty of a misdemeanor. Timely application to the court for a hearing or return of the citation with an admission of responsibility and with full payment of applicable civil fines and costs constitute a timely appearance.

If this is a traffic violation and you fail to answer this citation or a notice to appear, the Secretary of State will suspend your driver license.

If this is a state civil infraction and you fail to answer a citation or a notice to appear, the Secretary of State will not issue or renew your driver license.

If this is a municipal civil infraction and you fail to answer this citation or a notice to appear the municipal agency that alleged the violation and the prosecutor may try to collect the judgment through civil post judgment collection procedures.

You are alleged to be responsible for a civil infraction. For each charge listed on the front of this ticket, you must either: 1) admit responsibility; or 2) admit responsibility with explanation; or 3) deny responsibility. Check the appropriate box for each charge and sign your name.

**ADMIT RESPONSIBILITY** by mail, in person, or by representation.

BY MAIL. Contact the court indicated on the front of this citation and obtain the amount of your fine and costs. Sign below. Mail this copy with your certified check or money order to the court clerk, or on the date specified on the front of this citation.

IN PERSON OR BY REPRESENTATION. Sign below. You or your representative must bring this copy to the court clerk at the address indicated on the front of this citation or on before the date specified on the front of this citation.

I enter my appearance, waive my right to a hearing, and I admit responsibility for the civil infraction alleged on the front of this citation.

☐ Charge 1 Signature _____ Date _____
☐ Charge 2 Signature _____ Date _____
☐ Charge 3 Signature _____ Date _____

**ADMIT RESPONSIBILITY WITH EXPLANATION.** You may admit responsibility with explanation of the circumstances of the violation which the court may consider in determining the amount of your fine and costs. You may admit responsibility with explanation by mail, in person, or by representation.

IN PERSON OR BY REPRESENTATION. Contact the court on or before the date specified on the front of this citation in person, by mail, by telephone, or by representation to obtain a time to appear in court to give your explanation.

BY MAIL. Sign below. Mail this copy and your explanation on a separate sheet of paper to the court clerk at the address indicated on or before the date specified on the front of this citation. The court will mail you its determination and, if applicable, order any fine and costs to be paid by you.

I enter my appearance by mail, waive my right to a hearing, and admit responsibility with explanation for the civil infraction alleged on the front of this citation.

☐ Charge 1 Signature _____ Date _____
☐ Charge 2 Signature _____ Date _____
☐ Charge 3 Signature _____ Date _____

**DENY RESPONSIBILITY.** To deny responsibility you must either:

1. Appear in person in court for an informal hearing before a magistrate, referee, or judge; neither side may have an attorney, OR
2. Appear in court for a formal hearing before a judge. An attorney will be with the officer. You may be represented by an attorney.

If a hearing date is specified on the front of this citation, you must appear on that date for an informal hearing unless you contact the court at least 10 days before that date by mail, telephone, representation, or in person to request a formal hearing.

If no appearance date is specified on the front of this citation, you must contact the court on or before that date by mail, telephone, representation, or in person to obtain a hearing date. The court will schedule an informal hearing unless you request a formal hearing. A municipal agency may also request a formal hearing.

☐ Charge 1    ☐ Charge 2    ☐ Charge 3

**VIOLATION FOR WHICH COURT MAY WAIVE FINE/COSTS.**
Correct the violation. Present this citation to any law enforcement officer to certify the correction. Mail or bring the citation to the court clerk at the address shown before your appearance or hearing date.

OFFICER CERTIFICATION. I certify that the violation described on the front of this citation has been corrected. ☐ Charge 1 Signature _____ on front of ticket.

For Charges ☐ Charge 2 Signature _____ on front of ticket.
☐ Charge 3 Signature _____ on front of ticket.

| Officer's Signature | Officer's ID No. | Date |
|---|---|---|
| | | |

| Agency Name | Agency ORI |
|---|---|
| | |

Notify the court and the Secretary of State immediately if you change your address.

**PLEASE NOTE:** If you do not understand these instructions, or if you have questions about what you must do, contact the court in person or by telephone on or before the appearance date or hearing date specified on the front of this citation.

**CIVIL INFRACTION COPY**

---

| | | |
|---|---|---|
| **State of Michigan** Uniform Law Citation | Ticket | O 528605 ☐ Victim Involved |
| US DOT # | Incident No. | Dept. No. |

The People of: ☐ the State of Michigan
☐ Township ☒ City ☐ County    Local Use/Arrest No. _____ Detection Device _____
OF: FARMINGTON HILLS    BAC _____ 1 of 2

THE UNDERSIGNED SAYS THAT ON:
Month 10 Day 30 Year 23 At approximately 1/16 ☐ A.M. ☐ P.M. Date of Birth Month Day Year

State ☐ Oper./Chauff. Driver License Number _____ SSN (last 4 digit) _____
☐ CDL

Race _____ Sex _____ Height _____ Weight _____ Hair _____ Eyes _____ Occupation/Employer Branch Chief, HECM Dir

Name (First, Middle, Last) Mark Seltzer
Street 110 W. 7th Street, Suite 1110
City Tulsa State OK Zip Code 74119 Veh. No.

Vehicle Plate No. _____ Year _____ State _____ Vehicle Description (Year, Make, Color) _____

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance ☐ State Law ☐ Administrative Rule
UPON 36065 Howard; 22-23-17-176-005
AT OR NEAR Historic House #207
WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF FARMINGTON HILLS
COUNTY OF OAKLAND DID THE FOLLOWING

| Type | MCL Cite/PACC Code/ Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☒ C/I ☐ Misd ☐ Fel | Auth. pend. PMC 3027 | Municipal Civil Infraction Accessory Structure | 2nd |
| ☒ C/I ☐ Misd ☐ Fel | Auth. pend. 304.1 | Municipal Civil Infraction General Exterior | 2nd |
| ☒ C/I ☐ Misd ☐ Fel | Auth. pend. PMC 304.2 | Municipal Civil Infraction Protective Treatment | 2nd |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s)    1 _____ 2 _____ 3 _____

Key for Type: C/I = Civil Infraction Misd = Misdemeanor Fel = Felony Warn = Warning Fug = Fugitive Walv = Violation for Which Fines/Costs May be Waived Authorization pend. = Authorization pending

Remarks: Mandatory Court Appearance Historic House, Has Not maintaining 2nd violation for each charge

O 528605

CHECK IF APPROPRIATE ☐ Damage to Property ☐ Local Court Bond $ _____
☐ Vehicle Impounded ☐ Injury ☐ License Posted in Lieu of Bond
☐ Traffic Crash ☐ Death ☐ Appearance Certificate
Person in Active Military Service ☐ Yes ☒ No ☐ None

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS
Appearance Date on or before TO BE NOTIFIED ☐ Contact Court
Hearing Date (if applicable) on _____ ☐ Contact Court
☐ Juvenile Traffic Misd. (Court will Notify) ☒ Formal Hearing Required (Court will Notify)

In the 47th DISTRICT Court of FARMINGTON HILLS
Court Address & Phone Number
31605 W. 11 MILE RD. FARMINGTON HILLS, MI 48336

**CITATION FEE SCHEDULE**
(248) 871-2920

☒ I served a copy of the civil infraction complaint upon the defendant or owner/occupant by posting if applicable.
I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

| Complainant's Signature and receipt if applicable | Month | Day | Year |
|---|---|---|---|
| A. Grenanco | 11 | 21 | 23 |

Officer's Name (printed) A. Grenanco    Officer's ID No. Zoning
Agency ORI MI- 6330900    Agency Name FARMINGTON HILLS POLICE

UC-01a (rev. 6/05)    **Court Copy 1**

PRESS -- YOU ARE MAKING FIVE COPIES
ORDER BY FORM NO. M76 (Revised 6/05)
Fidlar Online ● www.fidlaronline.com

**Exhibit B**

## CIVIL INFRACTION - READ CAREFULLY

**WARNING:** If you fail to appear by the date specified on the front of this citation or at the date and time scheduled for your hearing, a default judgment will be entered against you. A person who fails to answer a citation is guilty of a misdemeanor. Timely application to the court for a hearing or return of the citation with an admission of responsibility and with full payment of applicable civil fines and costs constitute a timely appearance.

If this is a traffic violation and you fail to answer this citation or a notice to appear, the Secretary of State will suspend your driver license.

If this is a state civil infraction and you fail to answer this citation or a notice to appear, the Secretary of State will not issue or renew your driver license.

If this is a municipal civil infraction and you fail to answer this citation or a notice to appear in court or to comply with a judgment, the municipal agency that alleged the violation and the prosecutor may try to collect the judgment through civil post judgment collection procedures.

You are alleged to be responsible for a civil infraction. For each charge listed on the front of this ticket, you must either: 1) admit responsibility; or 2) admit responsibility with explanation; or 3) deny responsibility. Check the appropriate box for each charge and sign your name.

**ADMIT RESPONSIBILITY by mail, in person, or by representation.**

**BY MAIL.** Contact the court indicated on the front of this citation and obtain the amount of your fine and costs. Sign below. Mail this copy with your certified check or money order to the court clerk, on or before the date specified on the front of this citation.

**IN PERSON OR BY REPRESENTATION.** Sign below. You or your representative must bring this copy to the court clerk at the address indicated on the front or before the date specified on the front of this citation.

I enter my appearance, waive my right to a hearing, and I admit responsibility for the civil infraction alleged on the front of this citation.

☐ Charge 1 Signature _____ Date _____
☐ Charge 2 Signature _____ Date _____
☐ Charge 3 Signature _____ Date _____

**ADMIT RESPONSIBILITY WITH EXPLANATION:** You may admit responsibility with explanation of the circumstances of the violation which the court may consider in determining the amount of your fine and costs. You may admit responsibility with explanation by mail, in person, or by representation.

**IN PERSON OR BY REPRESENTATION.** Contact the court on or before the date specified on the front of this citation in person, by mail, by telephone, or by representation to obtain a time to appear in court to give your explanation.

**BY MAIL.** Sign below. Mail this copy and your explanation on a separate sheet of paper to the court clerk at the address indicated on or before the date specified on the front of this citation. The court will mail you its determination and, if applicable, order any fine and costs to be paid by you.

I enter my appearance by mail, waive my right to a hearing, and admit responsibility with explanation for the civil infraction alleged on the front of this citation.

☐ Charge 1 Signature _____ Date _____
☐ Charge 2 Signature _____ Date _____
☐ Charge 3 Signature _____ Date _____

**DENY RESPONSIBILITY.** To deny responsibility you must either:
1. Appear in person for an informal hearing before a magistrate, referee, or judge; neither side may have an attorney, OR
2. Appear in person for a formal hearing before a judge. An attorney will be with the officer. You may be represented by an attorney.

If a hearing date is specified on the front of this citation, you must appear on that date for an informal hearing unless you contact the court at least 10 days before that date by mail, telephone, representation, or in person to request a formal hearing.

If an appearance date is specified on the front of this citation, you must contact the court on or before that date by mail, telephone, representation, or in person to obtain a hearing date. The court will schedule an informal hearing unless you request a formal hearing. A municipal agency may also request a formal hearing.

☐ Charge 1     ☐ Charge 2     ☐ Charge 3

**VIOLATION FOR WHICH COURT MAY WAIVE FINE/COSTS:** Correct the violation. Present the citation to any law enforcement officer to certify the correction. Mail or bring the citation to the court clerk at the address shown below before your appearance or hearing date.

**OFFICER CERTIFICATION.** I certify that the violation described on the front of this citation has been corrected. ☐ Charge 1 Signature _____ on front of ticket.
For Charges ☐ Charge 2 Signature _____ on front of ticket.
☐ Charge 3 Signature _____ on front of ticket.

Officer's Signature _____ Officer's ID No. _____ Date _____
Agency Name _____ Agency ORI _____

Notify the court and the Secretary of State immediately if you change your address.

**PLEASE NOTE:** If you do not understand these instructions, or if you have questions about what you must do, contact the court in person or by telephone on or before the appearance date or hearing date specified on the front of this citation.

**CIVIL INFRACTION COPY**

---

**State of Michigan Uniform Law Citation**   Ticket O **528606**   ☐ Victim Involved

US DOT #  |  Incident No.  |  Dept. No.

The People of: ☐ the State of Michigan
☐ Township ☑ City ☐ Village ☐ County   Local Use/Arrest No.   Detection Device

OF: **FARMINGTON HILLS**   BAC   **2 of 2**

THE UNDERSIGNED SAYS THAT ON: Month **10** Day **30** Year **23** At approximately **115** ☐ A.M. ☐ P.M. | Month Day Year of Birth

State ☐ Oper./Chauf. ☐ CDL   Driver License Number   SSN (last 4 digit)

Race | Sex | Height | Weight | Hair | Eyes   Occupation/Employer **HCM Zoning Division Branch Chief**

Name (First, Middle, Last)

Street **Mark Seltzer**

City **110 W. 7th St. Suite 1110**   State   Zip Code

Vehicle Make **Tulsa**   Year   State **OK**   Zip **74119**   Vehicle Description (Year, Make, Color)   Veh. Ty

THE PERSON NAMED ABOVE, in violation of ☐ Local Ordinance ☐ State Law ☐ Administrative Rul

UPON **36608 Howard, 2223-17-176-005**

AT or NEAR **Historic House #207**

WITHIN ☑ CITY ☐ VILLAGE ☐ TOWNSHIP OF **FARMINGTON HILLS**

COUNTY OF **OAKLAND**   DID THE FOLLOWIN

MCL Cite/PACC Code   Charge

| Type | | Ordinance | Description (include any bond amount collected on each charge) | No. |
|---|---|---|---|---|
| ☑ CII ☐ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv | **304.7** | **Municipal Civil Infraction Roofs/Drainage 2nd** | |
| ☑ CII ☐ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv   Authorization pend. | **304.13** | **Municipal Civil Infraction Windows/Skylights/Frames** | |
| ☐ CII ☐ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv   Authorization pend. | **304.15** | **Municipal Civil Infraction Doors/exterior 2nd** | |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s)

Key for Type: CII = Civil Infraction   Misd = Misdemeanor   Fel = Felony   Warn = Warning   Fug = Fugitiv
Waiv = Violation For Which Fines/Costs May Be Waived   Authorization pend. = Authorization pending

Remarks: **Mandatory Court Appearance Historic House, MUD Not maintaining 2nd violation for each charge**

CHECK IF APPROPRIATE: ☐ Damage to Property ☐ Local Court Bond $
☐ Vehicle Impounded ☐ Injury ☐ License Posted In Lieu of Bond
☐ Traffic Crash ☐ Death ☐ Appearance Certificate
Person in Active Military Service ☐ Yes ☐ No ☐ Unknown

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS
Appearance Date on or before **TO BE NOTIFIED** ☐ Local Court
Hearing Date (if applicable) or ☑ Formal Hearing Required ☑ Court will Notify
☐ Juvenile Traffic Misd. (Court will Notify)

In the **47th DISTRICT** Court of **FARMINGTON HILLS**
Court Address & Phone Number
**31605 W. 11 MILE RD. FARMINGTON HILLS, MI 48336**

**CITATION FEE SCHEDULE**
**(248) 871-2920**

I served a copy of the civil infraction complaint upon the defendant (or on me/account by posting if applicable). I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable   Month **11** Day **21** Year **23**

Officer's Name (printed) **A Cinanco**   Officer's ID No. **Zoning**

Agency ORI   Agency Name
MI- **6338900**   **FARMINGTON HILLS POLICE**

UC-01a (rev. 6/05)   **Court Copy 1**

O **528606**

**PRESS — YOU ARE MAKING FIVE COPIES**
ORDER BY FORM NO. M76 (Revised 6/05)
Fidlar Online @ www.fidlaronline.com

Exhibit B

## CIVIL INFRACTION - READ CAREFULLY

**WARNING:** If you fail to appear by the date specified on the front of this citation or at the date and time scheduled for hearing, a default judgment will be entered against you. A person who fails to answer a citation is guilty of a misdemeanor. Timely application to the court for a hearing or return of the citation with an admission of responsibility and with full payment of applicable civil fines and costs constitute a timely appearance.

If this is a traffic violation and you fail to answer this citation or a notice to appear, the Secretary of State will suspend your driver license.

If this is a state civil infraction and you fail to answer this citation or a notice to appear, the Secretary of State will not issue or renew your driver license.

If this is a municipal civil infraction and you fail to answer this citation or a notice to appear in court or to comply with a judgment, the municipal agency that alleged the violation and the prosecutor may try to collect the judgment through civil post judgment collection procedures.

You are alleged to be responsible for a civil infraction. For each charge listed on the front of this ticket, you must either: 1) admit responsibility; or 2) admit responsibility with explanation; or 3) deny responsibility. Check the appropriate box for each charge and sign your name.

**ADMIT RESPONSIBILITY** by mail, in person, or by representation.

BY MAIL. Contact the court indicated on the front of this citation and obtain the amount of your fine and costs. Sign below. Mail this copy with your certified check or money order to the court clerk, on or before the date specified on the front of this citation.

IN PERSON OR BY REPRESENTATION. Sign below. You or your representative must bring this copy to the court clerk at the address indicated on the front of this citation on or before the date specified on the front of this citation.

I enter my appearance, waive my right to a hearing, and I admit responsibility for the civil infraction alleged on the front of this citation.

☐ Charge 1 Signature _____ Date _____

☐ Charge 2 Signature _____ Date _____

☐ Charge 3 Signature _____ Date _____

**ADMIT RESPONSIBILITY WITH EXPLANATION.** You may admit responsibility with explanation of the circumstances of the violation which the court may consider in determining the amount of your fine and costs. You may admit responsibility with explanation by mail, in person, or by representation.

IN PERSON OR BY REPRESENTATION. Contact the court on or before the date specified on the front of this citation in person, by mail, by telephone, or by representation to obtain a time to appear in court to give your explanation.

BY MAIL. Sign below. Mail this copy and your explanation on a separate sheet of paper to the court clerk at the address indicated on the front of this citation. If you admit responsibility with explanation by mail, you determination and, if applicable, order any fine and costs to be paid by you.

I enter my appearance by mail, waive my right to a hearing, and admit responsibility with explanation for the civil infraction alleged on the front of this citation.

☐ Charge 1 Signature _____ Date _____

☐ Charge 2 Signature _____ Date _____

☐ Charge 3 Signature _____ Date _____

**DENY RESPONSIBILITY.** To deny responsibility you must either:

1. Appear in person for an informal hearing before a magistrate, referee, or judge; neither side may have an attorney, OR
2. Appear in court for a formal hearing before a judge. An attorney will be with the officer. You may be represented by an attorney.

If a hearing date is specified on the front of this citation, you must appear on that date for an informal hearing unless you contact the court at least 10 days before that date by mail, telephone, representation, or in person to request a formal hearing.

If an appearance date is specified on the front of this citation, you must contact the court on or before that date by mail, telephone, representation, or in person to obtain a hearing date. The court will schedule an informal hearing unless you request a formal hearing. A municipal agency may also request a formal hearing.

☐ Charge 1        ☐ Charge 2        ☐ Charge 3

**VIOLATION FOR WHICH COURT MAY WAIVE FINE/COSTS:**
Correct the violation. Present this citation to any law enforcement officer to certify the correction. Mail or bring the citation to the court clerk at the address shown before your appearance or hearing date.

**OFFICER CERTIFICATION.** I certify that the violation described on the front of the citation has been corrected.        ☐ Charge 1 Signature _____ on front of ticket.

For Charges ☐ Charge 2 Signature _____ on front of ticket.

☐ Charge 3 Signature _____ on front of ticket.

| Officer's Signature | Officer's ID No. | Date |
|---|---|---|
| | | |

| Agency Name | Agency ORI |
|---|---|
| | |

Notify the court and the Secretary of State immediately if you change your address.

**PLEASE NOTE:** If you do not understand these instructions, or if you have questions about what you must do, contact the court in person or by telephone on or before the appearance date or payment date specified on the front of this citation.

**CIVIL INFRACTION COPY**

---

State of Michigan
Uniform Law Citation        Ticket **O 528607**        ☐ Victim Involved

US DOT #    |  Incident No.  |  Dept. No.

The People of: ☐ the State of Michigan    Local Use/Arrest No.    |  Detection Device
☐ Township ☒ City ☐ Village ☐ County

OF: **FARMINGTON HILLS**    BAC ____    of ____

THE UNDERSIGNED SAYS THAT ON:  Month **11** Day **30** Year **23** At approximately **300** ☐ A.M. ☒ P.M.   Date of Birth Month Day Year

State ☐ Oper./Chauff   Driver License Number   ☐ CDL

Race   Sex   Height   Weight   Hair   Eyes   Occupation/Employer **HECM Law Division**   SSN (last 4 digit)

**Branch Chief**

Name (First, Middle, Last)   **Mark    Seltzer**

Street   **110 W. 7th St, Suite 1110**

City **Tulsa**   State **OK**   Zip Code **74119**

Vehicle Plate No.   Year   State   Vehicle Description (Year, Make, Color)   Veh. Ty.

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance ☐ State Law ☐ Administrative Rule

UPON **36668 Maward, 22-23-17-176-005**

AT OR NEAR **Historic House #207**

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF **FARMINGTON HILLS**

COUNTY OF **OAKLAND**   DID THE FOLLOWING

MCL Cite/PACC Code

| Type | Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☒ Cil ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | **302.7** | **Municipal Civil Infraction** **Accessory Structures 2nd Vio** | 1 |
| ☒ Cil ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | **304.1** | **Municipal Civil Infraction** **General Exterior 2nd Vio** | 2 |
| ☒ Cil ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | **304.2** | **Municipal Civil Infraction** **Protective Treatment 2nd Vio** | 3 |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s)   1 ____ 2 ____ 3 ____

Key for Type: C/II = Civil Infraction   Misd = Misdemeanor   Fel = Felony   Warn = Warning   Fug = Fugitive   Waiv = Violation for Which Fines/Costs May be Waived   Authorization pend. = Authorization pending

Remarks: **Mandatory Court Appearance** **Historic House, HHS not meeting** **2nd Violation for each change**

CHECK IF APPROPRIATE ☐ Damage to Property ☐ Local Court Bond $
☐ Vehicle Impound ☐ Injury ☐ License Posted in Lieu of Bond
☐ Traffic Crash ☐ Death ☐ Appearance Certificate
Person in Active Military Service ☐ Yes ☐ No ☐ None

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS
Appearance Date on or before **To Be Notified**
Hearing Date (if applicable) on _____ ☐ Contact Court
☐ Juvenile Traffic Misd. (Court will Notify) ☒ Formal Hearing Required. (Court will Notify)

In the **47th DISTRICT**   Court of **FARMINGTON HILLS**

Court Address & Phone Number
**31605 W. 11 MILE RD. FARMINGTON HILLS, MI 48336**

**CITATION FEE SCHEDULE**
**(248) 871-2920**

☐ Served a copy of the civil infraction complaint upon the defendant or owner/occupant by posting if applicable. I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

| Complainant's Signature and receipt if applicable | Month **11** | Day **21** | Year **23** |
|---|---|---|---|
| Officer's Name (Printed) **A. Grenens** | Officer's ID No. **Coning** |
| Agency ORI **MI- 6336900** | Agency Name **FARMINGTON HILLS POLICE** |

UC-01a (rev. 6/05)    Court Copy 1

PRESS – YOU ARE MAKING FIVE COPIES
ORDER BY FORM NO. M76 (Revised 6/05)
Fichlar Online @ www.fichlaronline.com

**O 528607**

**Exhibit B**

**State of Michigan**
**Uniform Law Citation**

Ticket O **528608**   □ Victim Involved

US DOT No. _____   Incident No. _____   Dept. No. _____

The People of: □ the State of Michigan   Local Use/Arrest No. _____   Detection Device _____
□ Township ☒ City □ Village □ County

BAC _____

OF: FARMINGTON HILLS   2 of 2

THE UNDERSIGNED SAYS THAT ON:   Month **11** Day **30** Year **23** At approximately **300** □ A.M. ☒ P.M.   Date of Birth _____

State □ Oper./Chauff.   Driver License Number   SSN (last 4 digits)
□ CDL   HECM Loan Division

Race _____ Sex _____ Height _____ Weight _____ Hair _____ Eyes _____   Occupation/Employer **Branch Chief**

Name (First, Middle, Last) **Mark Seltzer**

Street **110 W. 7th St, Suite 1110**

City **Tulsa**   State **OK**   Zip Code **74119**

Vehicle Plate No. _____ Year _____ State _____ Vehicle Description (Year, Make, Color) _____ Veh. Type _____

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance □ State Law □ Administrative Rule

UPON **36605 Mineral, 2273-17-176-005**

AT OR NEAR **Historic Haise #207**

WITHIN ☒ City □ Village □ Township of _____   FARMINGTON HILLS

COUNTY OF **OAKLAND**   DID THE FOLLOWING

| Type | MCL Cite/PACC Code/ Ordinance | Description (include any bond amount collected on each charge) | No. |
|---|---|---|---|
| ☒ C/I □ Warn □ Misd □ Fug □ Fel □ Waiv | PMC **304.7** Authorization pend. | **Municipal Civil Infraction Roofs/Drainage 2nd Vio** | ① |
| ☒ C/I □ Warn □ Misd □ Fug □ Fel □ Waiv | PMC **304.13** Authorization pend. | **Municipal Civil Infraction Windows/Skylights/Frames** | ② |
| ☒ C/I □ Warn □ Misd □ Fug □ Fel □ Waiv | PMC **304.15** Authorization pend. | **Municipal Civil Infraction Doors Exterior 2nd Vio** | ③ |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s): 1 ___ 2 ___ 3 ___

Key for Type: C/I = Civil Infraction  Misd = Misdemeanor  Fel = Felony  Warn = Warning  Fug = Fugitive  Waiv = Violation for Which Fines/Costs Are Waived  Authorization pend. = Authorization pending

Remarks: **Mandatory Court Appearance**
**Historic House, HUD Not Maintaining**
**2nd Violation for each charge**

CHECK IF APPROPRIATE □ Damage to Property □ Local Court Bond $ _____
□ Vehicle Impounded □ Injury □ License Posted In Lieu of Bond
□ Traffic Crash □ Death □ Appearance Certificate
Person in Active Military Service □ Yes ☒ No

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS
Appearance Date on or before **TO BE NOTIFIED**
Hearing Date (if applicable) on _____ □ Contact Court
□ Juvenile Traffic Misd. (Court will Notify) ☒ Formal Hearing Required (Court will Notify)

In the **47th** DISTRICT   Court of **FARMINGTON HILLS**

Court Address & Phone Number
**31605 W. 11 MILE RD. FARMINGTON HILLS, MI 48336**

**CITATION FEE SCHEDULE**
**(248) 871-2920**

☒ I served a copy of the civil infraction complaint upon the defendant or owner/occupant by posting (if applicable). I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable
Month **11** Day **21** Year **23**

Officer's Name (Printed) **A. Garcia**   Officer's ID No. **Conroy**

Agency ORI   Agency Name
MI- **6330800**   **FARMINGTON HILLS POLICE**

UC-01a (rev. 6/05)   Court Copy 1

Ticket O **528608**   Name _____   Case No. _____

PRESS -- YOU ARE MAKING FIVE COPIES
ORDER BY FORM NO. M76 (Revised 6/05)
Fidlar Online @ www.fidlaronline.com

---

**CIVIL INFRACTION - READ CAREFULLY**

**WARNING:** If you fail to appear by the date specified on the front of this citation or at the date and time scheduled for hearing, a default judgment will be entered against you. A person who fails to answer a citation is guilty of a misdemeanor. Timely application to the court for a hearing or return of this citation with an admission of responsibility and with full payment of applicable civil fines and costs constitute a timely appearance.

If this is a traffic violation and you fail to answer a notice to appear, the Secretary of State will suspend your driver license.

If this is a state civil infraction and you fail to answer this citation or a notice to appear, the Secretary of State will not issue or renew your driver license.

If this is a municipal civil infraction and you fail to answer this citation or a notice to appear in court or to comply with a judgment, the municipal agency that alleged the violation and the prosecutor may try to collect the judgment through civil post judgment collection procedures.

You are required to respond to a civil infraction. For each charge listed on the front of this citation, you must either: 1) admit responsibility; or 2) admit responsibility with explanation; or 3) deny responsibility. Check the appropriate box for each charge and sign your name.

**ADMIT RESPONSIBILITY** by mail, in person, or by representation.

BY MAIL. Contact the court on the front of this citation and obtain the amount of your fine and costs. Sign below. Mail this copy with your certified check or money order to the court clerk, on or before the date specified on the front of this citation.

IN PERSON OR BY REPRESENTATION. Sign below. You or your representative must bring this copy to the court clerk at the address indicated on the front of this citation on or before the date specified on the front of this citation.

I enter my appearance, waive my right to a hearing, and I admit responsibility for the civil infraction alleged on the front of this citation.

□ Charge 1 Signature _____ Date _____
□ Charge 2 Signature _____ Date _____
□ Charge 3 Signature _____ Date _____

**ADMIT RESPONSIBILITY WITH EXPLANATION.** You may admit responsibility with explanation of the circumstances of the violation which the court may consider in determining the amount of your fine and costs. You may admit responsibility with explanation by mail, in person, or by representation.

IN PERSON OR BY REPRESENTATION. Contact the court on or before the date specified on the front of this citation in person, by telephone, or by representation to obtain a time to appear in court to give your explanation.

BY MAIL. Sign below. Mail this copy and your explanation on a separate sheet of paper to the court clerk at the address indicated on or before the date specified on the front of this citation. The court will mail you its determination and, if applicable, order any fine and costs to be paid by you.

I enter my appearance by mail, waive my right to a hearing, and admit responsibility with explanation for the civil infraction alleged on the front of this citation.

□ Charge 1 Signature _____ Date _____
□ Charge 2 Signature _____ Date _____
□ Charge 3 Signature _____ Date _____

**DENY RESPONSIBILITY.** To deny responsibility you must either:
1. Appear in person in court for an informal hearing before a magistrate, referee, or judge; neither side may have an attorney, OR
2. Appear in court for a formal hearing before a judge. An attorney will be with the officer. You may be represented by an attorney.

If a hearing date is specified on the front of this citation, you must appear on that date for an informal hearing unless you contact the court at least 10 days before that date by mail, telephone, representation, or in person to request a formal hearing.

If an appearance date is specified on the front of this citation, you must contact the court on or before that date by mail, telephone, representation, or in person to obtain a hearing date. The court will schedule an informal hearing unless you request a formal hearing. A municipal agency may also request a formal hearing.

□ Charge 1  □ Charge 2  □ Charge 3

**VIOLATION FOR WHICH COURT MAY WAIVE FINE/COSTS:**
Correct the violation. Present this citation to any law enforcement officer to certify the correction. Mail or bring the citation to the court clerk at the address shown before your appearance or hearing date.

OFFICER CERTIFICATION  I certify that the violation described on the front of this citation has been corrected.  □ Charge 1 Signature _____ on front of ticket.

For Charges □ Charge 2 Signature _____ on front of ticket.

□ Charge 3 Signature _____ on front of ticket.

Officer's Signature _____   Officer's ID No. _____   Date _____

Agency Name _____   Agency ORI _____

Notify the court and the Secretary of State immediately if you change your address.

**PLEASE NOTE:** If you do not understand these instructions, or if you have questions about what you must do, contact the court in person or by telephone on or before the appearance date or hearing date specified on the front of this citation.

**CIVIL INFRACTION COPY**

Exhibit B

State of Michigan
**Uniform Law Citation**

Ticket No. 528605

□ Victim Involved

US DOT #

Incident No.

Dept. No.

Local Use/Arrest No.

Detection Device

The People of: □ the State of Michigan
□ Township ☒ City □ Village □ County

BAC

OF: **FARMINGTON HILLS**

1 of 2

THE UNDERSIGNED SAYS THAT ON:
Month 10 Day 30 Year 23
At approximately 1115 □ A.M. ☒ P.M.
Date of Birth — Month Day Year

State □ Oper./Chauf □ CDL   Driver License Number

SSN (last 4 digit)

Race | Sex | Height | Weight | Hair | Eyes | Occupation/Employer Branch Chief, HECM Di...

Name (First, Middle, Last) Mark Seltzer

Street 110 W. 7th Street, Suite 1110

City Tulsa   State OK   Zip Code 74119

Vehicle Plate No. | Year | State | Vehicle Description (Year, Make, Color) | Veh. Ty

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance □ State Law □ Administrative Rul

UPON 36005 Howard, 22-23-17-176-005

AT OR NEAR Historic House #207

WITHIN ☒ CITY □ VILLAGE □ TOWNSHIP OF __ **FARMINGTON HILLS**

COUNTY OF **OAKLAND** __ DID THE FOLLOWING

| Type | | MCL Cite/PACC Code/ Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|---|
| ☒ C/I □ Misd □ Fel | □ Warn □ Fug □ Waiv | Authorization pend. PMC 302.7 | Municipal Civil Infraction Accessory Structure 2nd | |
| ☒ C/I □ Misd □ Fel | □ Warn □ Fug □ Waiv | Authorization pend. PMC 304.1 | Municipal Civil Infraction General Exterior 2nd | |
| ☒ C/I □ Misd □ Fel | □ Warn □ Fug □ Waiv | Authorization pend. PMC 304.2 | Municipal Civil Infraction Protective Treatment 2nd | |

**TO THE COURT:  Do not arraign on a felony charge until an authorized complaint is filed.**

Offense Code(s)
1 _____ 2 _____ 3 _____

Key for Type:  C/I = Civil Infraction   Misd = Misdemeanor   Fel = Felony   Warn = Warning   Fug = Fugitive
Waiv = Violation for Which Fines/Costs May be Waived   Authorization pend. = Authorization pending

Remarks: Mandatory Court Appearance
Historic House, HUD Not maintaining,
2ND Violation for each Charge

CHECK IF APPROPRIATE □ Damage to Property □ Local Court Bond $
□ Vehicle Impounded □ Injury   □ License Posted in Lieu of Bond
□ Traffic Crash □ Death   □ Appearance Certificate
Person in Active Military Service □ Yes ☒ No □ None

SEE DATE BELOW.  SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS
Appearance Date on or before __ TO BE NOTIFIED
Hearing Date (if applicable) on _____ □ Contact Court
□ Juvenile Traffic Misd. (Court will Notify) ☒ Formal Hearing Required (Court will Notify)
In the **47th DISTRICT** __ Court of **FARMINGTON HILLS**

Court Address & Phone Number
31605 W. 11 MILE RD. FARMINGTON HILLS, MI 48336

**CITATION FEE SCHEDULE**
**(248) 871-2920**

☒ I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable).
I declare under the penalties of perjury that the statements above are true to the best
of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable
A. Grenanco
Month 11 Day 21 Year 23

Officer's Name (printed) A. Grenanco   Officer's ID No. Zoning

Agency ORI MI- 6338900   Agency Name **FARMINGTON HILLS POLICE**

UC-01a (rev. 6/05)   **Court Copy 1**

Ticket No. 0528605... (vertical)

Exhibit B

**State of Michigan**
**Uniform Law Citation**

Ticket 23$\frac{th}{}$ Ø 528606

☐ Victim Involved

US DOT #

Incident No.

Dept. No.

The People of: ☐ the State of Michigan
☐ Township ☒ City ☐ Village ☐ County

Local Use/Arrest No.

Detection Device

OF: **FARMINGTON HILLS**

BAC

2 of 2

THE UNDERSIGNED SAYS THAT ON:

| Month | Day | Year | At approximately | ☐ A.M. | Date of Birth | Month | Day | Year |
|-------|-----|------|------------------|--------|---------------|-------|-----|------|
| 10 | 30 | 23 | 115 | ☒ P.M. | | | | |

State ☐ Oper./Chauff   ☐ CDL   Driver License Number

SSN (last 4 digit)

Race | Sex | Height | Weight | Hair | Eyes | Occupation/Employer
HECM Loan Division
Branch Chief

Name (First, Middle, Last)

Street   Mark   Seltzer

City   State   Zip Code
110 W. 7th St, Suite 1110

Vehicle Plate No.   Year   State   Vehicle Description (Year, Make, Color)   Veh. Ty
Tulsa   OK   74119

THE PERSON NAMED ABOVE, in violation of ☐ Local Ordinance ☐ State Law ☐ Administrative Rule

UPON 36668 Howard, 22-23-17-176-005

AT OR NEAR Historic House #207

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF   **FARMINGTON HILLS**

COUNTY OF **OAKLAND**   DID THE FOLLOWING

MCL Cite/PACC Code/   Charge
Ordinance   Description (include any bond amount collected on each charge)   No.

| Type | | | | | Description | |
|------|--|--|--|--|-------------|--|
| ☒ C/I | ☐ Warn | ☒ Authorization pend. | | | Municipal Civil Infraction | |
| ☐ Misd | ☐ Fug | 304.7 | PMC | | Roofs/Drainage 2ND | |
| ☐ Fel | ☐ Waiv | | | | | |
| ☒ C/I | ☐ Warn | ☐ Authorization pend. | | | Municipal Civil Infraction | |
| ☐ Misd | ☐ Fug | 304.13 | PMC | | Windows/Skylights 1Prim | |
| ☐ Fel | ☐ Waiv | | | | | |
| ☒ C/I | ☐ Warn | ☐ Authorization pend. | | | Municipal Civil Infraction | |
| ☐ Misd | ☐ Fug | 304.15 | PMC | | Doors exterior 2ND | |
| ☐ Fel | ☐ Waiv | | | | | |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s)

1   2   3

Key for Type: C/I = Civil Infraction   Misd = Misdemeanor   Fel = Felony   Warn = Warning   Fug = Fugitive
Waiv = Violation for Which Fines/Costs May be Waived   Authorization pend. = Authorization pending

Remarks: Mandatory Court Appearance
Historic House, MUID not maintaining
2ND violation for each charge

O 528606 A

CHECK IF APPROPRIATE ☐ Damage to Property   ☐ Local Court Bond $
☐ Vehicle Impounded   ☐ Injury   ☐ License Posted In Lieu of Bond
☐ Traffic Crash   ☐ Death   ☐ Appearance Certificate
Person in Active Military Service ☐ Yes ☒ No   ☐ None

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS

Appearance Date on or before   TO BE NOTIFIED

Hearing Date (if applicable) on   ☐ Contact Court
☐ Juvenile Traffic Misd. (Court will Notify)   ☒ Formal Hearing Required (Court will Notify)

In the **47th DISTRICT**   Court of   **FARMINGTON HILLS**

Court Address & Phone Number
31605 W. 11 MILE RD. FARMINGTON HILLS, MI 48336

**CITATION FEE SCHEDULE**
**(248) 871-2920**

☐ I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable).
I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable   Month Day Year
11 21 23

Officer's Name (printed)   Officer's ID No.
A Brennan CO   Zoning

Agency ORI   Agency Name
MI- 6338900   **FARMINGTON HILLS POLICE**

UC-01a
(rev. 6/05)   Court Copy 1

Exhibit B

**State of Michigan**
**Uniform Law Citation**

Ticket 528601

☐ Victim Involved

US DOT #

Incident No.

Dept. No.

The People of: ☐ the State of Michigan
☐ Township ☒ City ☐ Village ☐ County

Local Use/Arrest No.

Detection Device

BAC

OF: **FARMINGTON HILLS**

of

THE UNDERSIGNED | Month | Day | Year | At approximately ☐A.M. | Date | Month | Day | Year
SAYS THAT ON: | 11 | 30 | 23 | 300 | ☒P.M. | Birth

State ☐ Oper./Chauff  Driver License Number

SSN (last 4 digit)

☐ CDL

HECM Loan Division

Race | Sex | Height | Weight | Hair | Eyes | Occupation/Employer
Branch Chief

Name (First, Middle, Last)
Mark Seltzer

Street
110 W. 7th St., Suite 1110

City
Tulsa | State OK | Zip Code 74119

Vehicle Plate No. | Year | State | Vehicle Description (Year, Make, Color) | Veh. Ty.

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance ☐ State Law ☐ Administrative Rule

UPON 36668 Maxwel, 22-23-17-176-005

AT OR NEAR Historic Mouse #207

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF **FARMINGTON HILLS**

COUNTY OF **OAKLAND**

DID THE FOLLOWING

Charge No.

| Type | | Ordinance | MCL Cite/PACC Code | Description (include any bond amount collected on each charge) | |
|---|---|---|---|---|---|
| ☒ C/I | ☐ Warn | ☒ Authorization pend. | Municipal Civil Infraction | |
| ☐ Misd | ☐ Fug | 302.7 | Accessory Structures and Violation | |
| ☐ Fel | ☐ Waiv | | | |
| ☒ C/I | ☐ Warn | ☒ Authorization pend. | Municipal Civil Infraction | |
| ☐ Misd | ☐ Fug | 304.1 | General Exterior and Violation | |
| ☐ Fel | ☐ Waiv | | | |
| ☒ C/I | ☐ Warn | ☒ Authorization pend. | Municipal Civil Infraction | |
| ☐ Misd | ☐ Fug | 304.2 | Protective Treatment and Violation | |
| ☐ Fel | ☐ Waiv | | | |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s)
1                    2                    3

Key for Type: C/I = Civil Infraction  Misd = Misdemeanor  Fel = Felony  Warn = Warning  Fug = Fugitive
Waiv = Violation for Which Fines/Costs May be Waived  Authorization pend. = Authorization pending

Remarks: Mandatory Court Appearance
Historic Mouse, HUD not notified.
2nd Violation for code change

CHECK IF APPROPRIATE ☐ Damage to Property ☐ Local Court Bond $____
☐ Vehicle Impounded ☐ Injury ☐ License Posted in Lieu of Bond
☐ Traffic Crash ☐ Death ☐ Appearance Certificate
Person in Active Military Service ☐Yes ☐No ☐ None

SEE BACK BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS
Appearance Date on or before W/BE NOTIFIED
Hearing Date (if applicable) on ____ ☐ Contact Court
☐ Juvenile Traffic Misd. (Court will Notify) ☒ Formal Hearing Required. ☐ Court will Notify)

In the **47th DISTRICT**  Court of **FARMINGTON HILLS**

Court Address & Phone Number
**31605 W. 11 MILE RD. FARMINGTON HILLS, MI 48336**

**CITATION FEE SCHEDULE**
**(248) 871-2920**

☒ I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable).
I declare under the penalties of perjury that the statements above are true to the best
of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable

Month 11 | Day 21 | Year 23

Officer's Name (printed)
A. Grenanco

Officer's ID No.
Coning

Agency ORI
MI- 6338900

Agency Name
**FARMINGTON HILLS POLICE**

UC-01a
(rev. 6/05)

Court Copy 1

Exhibit B

**State of Michigan Uniform Law Citation**

Ticket # 13 4 Ø 5286u8

□ Victim Involved

US DOT #

The People of: □ the State of Michigan □ Township ☒ City □ Village □ County

OF: **FARMINGTON HILLS**

Local Use/Arrest No. ___ Detection Device ___

Incident No. ___ Dept. No. ___ BAC ___

THE UNDERSIGNED SAYS THAT ON:

Month 11 Day 20 Year 23 — At approximately 3:00 □ A.M. ☒ P.M. Date of Birth — 2 of 2

State □ Oper./Chauff □ CDL — Driver License Number ___ SSN (last 4 digits) ___

Occupation/Employer: HECM Loan Division / Branch Chief

Race ___ Sex ___ Height ___ Weight ___ Hair ___ Eyes ___

Name (First, Middle, Last): Mark Seltzer

Street: 110 W. 7th St, Suite 1110

City: Tulsa State: OK Zip Code: 74119

Vehicle Plate No. ___ Year ___ State ___ Vehicle Description (Year, Make, Color) ___ Veh. Type ___

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance □ State Law □ Administrative Rule

UPON 36668 Howard, 22-23-17-176-005

AT OR NEAR Historic House #207

WITHIN ☒ CITY □ VILLAGE □ TOWNSHIP OF **FARMINGTON HILLS**

COUNTY OF **OAKLAND** DID THE FOLLOWING

| Type | MCL Cite/PACC Code/ Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☒ C/I □ Misd □ Fel □ Warn □ Fug □ Waiv — PMC Authorization pend. 304.7 | Municipal Civil Infraction Roofs/Drainage 2nd Vio | ① |
| ☒ C/I □ Misd □ Fel □ Warn □ Fug □ Waiv — PMC Authorization pend. 304.13 | Municipal Civil Infraction Windows/Skylights/Frames | ② |
| ☒ C/I □ Misd □ Fel □ Warn □ Fug □ Waiv — PMC Authorization pend. 304.15 | Municipal Civil Infraction Doors exterior 2nd Vio | ③ |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s) ___

Key for Type: C/I = Civil Infraction Misd = Misdemeanor Fel = Felony Warn = Warning Fug = Fugitive Waiv = Violation for Which Fines/Costs May be Waived Authorization pend. = Authorization pending

Remarks: Mandatory Court Appearance Historic House, HUD Not maintaining 2nd Violation for each charge

CHECK IF APPROPRIATE □ Damage to Property □ Vehicle Impounded □ Injury □ Traffic Crash □ Death □ Local Court Bond $ ___ □ License Posted in Lieu of Bond □ Appearance Certificate

Person in Active Military Service □ Yes □ No ☒ None

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS

Appearance Date on or before TO BE NOTIFIED

Hearing Date (if applicable) on ___ □ Contact Court □ Juvenile Traffic Misd. (Court will Notify) ☒ Formal Hearing Required. Court will Notify)

In the **47th DISTRICT** Court of **FARMINGTON HILLS**

Court Address & Phone Number
31605 W. 11 MILE RD. FARMINGTON HILLS, MI 48336

**CITATION FEE SCHEDULE**
(248) 871-2920

I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable). I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable ___ Month 11 Day 21 Year 23

Officer's Name (printed): A. German Officer's ID No. ___

Agency ORI MI- 6338900 Agency Name: Zoning

**FARMINGTON HILLS POLICE**

UC-01a (rev. 6/05)

Court Copy 1

Ticket O 5286O8 Name A

Case No.

## Uniform Law Citation

US DOT #   Ticket   Incident No.   Dept. No.   Victim ☐ Involved

The People of: ☐ the State of Michigan
☐ Township ☒ City ☐ Village ☐ County

Local Use/Arrest No.

Detection Device

OF: **FARMINGTON HILLS**

BAC ___ of ___

THE UNDERSIGNED SAYS THAT ON: Month 12 Day 14 Year 23 At approximately 2:45 ☐ A.M. ☒ P.M.   Date of Birth Month Day Year

State ☐ Oper./Chauff ☐ CDL   Driver License Number HECM LOON N VISION

SSN (last 4 digits)

Race | Sex | Height | Weight | Hair | Eyes | Occupation/Employer Branch Chief

Name (First, Middle, Last) Mark Seltzer

Street 110 W. 7th St. Suite 1110

City Tulsa   State OK   Zip Code 74119

Vehicle Plate No. | Year | State | Vehicle Description (Year, Make, Color) | Veh. Type

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance ☐ State Law ☐ Administrative Rule

UPON 36dd68 Haward, 22-23-17-176-005

AT OR NEAR Historic House #207

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF **FARMINGTON HILLS**

COUNTY OF **OAKLAND**   DID THE FOLLOWING

| Type | MCL Cite/PACC Code/ Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☒ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | Authorization pend. PMC 302.7 | Municipal C.U.I Infraction Accessory Structures 2nd | (1) |
| ☒ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | Authorization pend. PMC 304.1 | Municipal Civil Infraction General Exterior 2nd | (2) |
| ☒ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | Authorization pend. PMC 304.2 | Municipal Civil Infraction Protective Treatment 2nd | (3) |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s)
1 ___ 2 ___ 3 ___

Key for Type: C/I = Civil Infraction  Misd = Misdemeanor  Fel = Felony  Warn = Warning  Fug = Fugitive
Waiv = Violation for Which Fines/Costs May be Waived  Authorization pend. = Authorization pending

Remarks: Mandatory Court Appearance Historic House, HUD Not Meeting

○ Ticket

---

## Uniform Law Citation

US DOT #   Ticket   Incident No.   Dept. No.   Victim ☐ Involved

The People of: ☐ the State of Michigan
☐ Township ☒ City ☐ Village ☐ County

Local Use/Arrest No.

Detection Device

OF: **FARMINGTON HILLS**

BAC ___ of ___

THE UNDERSIGNED SAYS THAT ON: Month 12 Day 16 Year 23 At approximately 3:00 ☐ A.M. ☒ P.M.   Date of Birth Month Day Year

State ☐ Oper./Chauff ☐ CDL   Driver License Number HECM LOON VISION

SSN (last 4 digits)

Race | Sex | Height | Weight | Hair | Eyes | Occupation/Employer Branch Chief

Name (First, Middle, Last) Mark Seltzer

Street 110 W. 7th St. Suite 1110

City Tulsa   State OK   Zip Code 74119

Vehicle Plate No. | Year | State | Vehicle Description (Year, Make, Color) | Veh. Type

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance ☐ State Law ☐ Administrative Rule

UPON 36dd68 Haward, 22-23-17-176-005

AT OR NEAR Historic House #207

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF **FARMINGTON HILLS**

COUNTY OF **OAKLAND**   DID THE FOLLOWING

| Type | MCL Cite/PACC Code/ Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☒ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | Authorization pend. PMC 302.7 | Municipal Civil Infraction Accessory Structures 2nd | (1) |
| ☒ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | Authorization pend. PMC 304.1 | Municipal Civil Infraction General Exterior 2nd | (2) |
| ☒ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | Authorization pend. PMC 304.2 | Municipal Civil Infraction Protective Treatment 2nd | (3) |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s)
1 ___ 2 ___ 3 ___

Key for Type: C/I = Civil Infraction  Misd = Misdemeanor  Fel = Felony  Warn = Warning  Fug = Fugitive
Waiv = Violation for Which Fines/Costs May be Waived  Authorization pend. = Authorization pending

Remarks: Mandatory Court Appearance Historic House, HUD Not Meeting

Exhibit B

○ Ticket

**State of Michigan**
**Uniform Law Citation**

Ticket: **O 528614**

☐ Victim Involved

US DOT # _____ | Incident No. _____ | Dept. No. _____

The People of: ☐ the State of Michigan ☐ Township ☒ City ☐ Village ☐ County

Local Use/Arrest No. _____ | Detection Device _____ | BAC _____ | **2** of **2**

OF: **FARMINGTON HILLS**

THE UNDERSIGNED SAYS THAT ON:
Month **12** Day **14** Year **23** At approximately **345** ☐ A.M. ☐ P.M.
Date of Birth: Month ___ Day ___ Year ___

State ___ ☐ Oper./Chauff ☐ CDL | Driver License Number _____ | SSN (last 4 digits) _____

Occupation/Employer: *HECM Loan Division* *Branch Chief*

Race ___ Sex ___ Height ___ Weight ___ Hair ___ Eyes ___

Name (First, Middle, Last): *Mark Seltzer*

Street: *110 W. 7th St., Suite 1110*

City: *Tulsa* State *OK* Zip Code *74119*

Vehicle Plate No. ___ Year ___ State ___ Vehicle Description (Year, Make, Color) ___ Veh. Type ___

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance ☐ State Law ☐ Administrative Rule

UPON *36608 Harvard, 23-23-17-176-005*

AT OR NEAR *Historic House #227*

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF **FARMINGTON HILLS**

COUNTY OF **OAKLAND** DID THE FOLLOWING

| Type | Ordinance | MCL Cite/PACC Code/ Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☒ C/I ☐ Misd ☐ Fel ☐ Warn ☐ Fug ☒ Waiv | *FMC* | ☒ Authorization pend. *Municipal Civil Infraction* *Restrictions 2nd* | 1 |
| ☒ C/I ☐ Misd ☐ Fel ☐ Warn ☐ Fug ☒ Waiv | *304.13* | ☒ Authorization pend. *Municipal Civil Infraction* *Windows/Skylights 2nd* | 2 |
| ☒ C/I ☐ Misd ☐ Fel ☐ Warn ☐ Fug ☒ Waiv | *304.15* | ☒ Authorization pend. *Municipal Civil Infraction* *Doors-Exterior 2nd* | 3 |

**TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.**

Offense Code(s) ___

Key for Type:  C/I = Civil Infraction  Misd = Misdemeanor  Fel = Felony  Warn = Warning  Fug = Fugitive
Waiv = Violation for Which Fines/Costs May be Waived  Authorization pend. = Authorization pending

Remarks: *Mandatory Court Appearance* *Historic House, HUD not maint'ing* *2nd Vio. for each charge*

Ticket: **O 528614**

CHECK IF APPROPRIATE ☐ Damage to Property ☐ Local Court Bond $ ___
☐ Vehicle Impounded ☐ Injury ☐ License Posted in Lieu of Bond
☐ Traffic Crash ☐ Death ☐ Appearance Certificate
Person in Active Military Service ☐ Yes ☒ No

SEE DATE BELOW.  SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS

Appearance Date on or before *TO BE NOTIFIED*

Hearing Date (if applicable) on ___ ☐ Contact Court
☐ Juvenile Traffic Misd. (Court will Notify) ☐ Formal Hearing Requested. (Court will Notify)

In the **47th DISTRICT** Court of **FARMINGTON HILLS**

Court Address & Phone Number
**31605 W. 11 MILE RD. FARMINGTON HILLS, MI 48336**

**CITATION FEE SCHEDULE**
**(248) 871-2920**

☒ I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable). I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable _____
Month **1** Day **8** Year **24**

Officer's Name (printed) *A. Fernando*  Officer's ID No. *Loring*

Agency ORI MI- **6338900**  Agency Name **FARMINGTON HILLS POLICE**

---

**State of Michigan**
**Uniform Law Citation**

Ticket: _____

US DOT # _____ | Incident _____

The People of: ☐ the State of Michigan ☐ Township ☒ City ☐ Village ☐ County

Local U... _____

OF: **FARMINGTON HILLS**

THE UNDERSIGNED SAYS THAT ON:
Month **12** Day **6** Year **23** At ___

State ___ ☐ Oper./Chauff ☐ CDL | Driver License Number _____

Race ___ Sex ___ Height ___ Weight ___ Hair ___ Eyes ___ O...

Name (First, Middle, Last): *Mark Seltzer*

Street: *110 W. 7th St...*

City: *Tulsa* State ___ Vehicle D...

THE PERSON NAMED ABOVE, in violation of ☒ Local ___

UPON *36608 Harvard, 2...*

AT OR NEAR *Historic House ...*

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF ___

COUNTY OF **OAKLAND**

| Type | Ordinance | MCL Cite/PACC Code/ Description |
|---|---|---|
| ☒ C/I ☐ Misd ☐ Fel ☐ Warn ☐ Fug ☐ Waiv | *307.7* | ☐ Authorization pend. *Muni...* *Access...* |
| ☒ C/I ☐ Misd ☐ Fel ☐ Warn ☐ Fug ☐ Waiv | *304.1* | ☐ Authorization pend. *Muni...* *Gener...* |
| ☒ C/I ☐ Misd ☐ Fel ☐ Warn ☐ Fug ☐ Waiv | *304.2* | ☐ Authorization pend. *Muni...* *Prot...* |

**TO THE COURT: Do not arraign on a felony char...**

Offense Code(s) ___

Key for Type:  C/I = Civil Infraction  Misd = Misdemean...
Waiv = Violation for Which Fines/Costs May be Waive...

Remarks: *Mandatory Cou...* *Historic House, Hu...* *maintaining. 2nd...* *each charge*

CHECK IF APPROPRIATE ☐ Damage to Property ☐ Lo...
☐ Vehicle Impounded ☐ Injury ☐ Ap...
☐ Traffic Crash ☐ Death
Person in Active Military Service ☐ Yes ☐ No

SEE DATE BELOW.  SEE BACK OF CITATION FOR R...

Appearance Date on or before *TO BE N...*

Hearing Date (if applicable) on ___ ☐ Form...
☐ Juvenile Traffic Misd. (Court will Notify)

In the **47th DISTRICT** Court ___

Court Address & Phone Number
**31605 W. 11 MILE RD. FARMINGT...**

**CITATION FEE SCHI...**
**(248) 871-29...**

☒ I served a copy of the civil infraction complaint upon the defend... I declare under the penalties of perjury that the state... of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable _____

Officer's Name (printed) *A. Fernando*

Agency ORI MI- **6338900**  Agency Name **FARMINGT...**

**Exhibit B**

## State of Michigan — Uniform Law Citation

Ticket **O 528612**  ☐ Victim Involved

US DOT #  Dept. No.

The People of: ☐ the State of Michigan
☐ Township ☒ City ☐ Village ☐ County

OF: **FARMINGTON HILLS**

Local Use/Arrest No.  Detection Device

Incident No.  BAC

THE UNDERSIGNED SAYS THAT ON:
Month **12** Day **6** Year **23**   At approximately **300** ☐ A.M. ☒ P.M.
Date of Birth   Month Day Year

State ☐ Oper./Chauff ☐ CDL  Driver License Number   SSN (last 4 digits)

Race  Sex  Height  Weight  Hair  Eyes   Occupation/Employer **HECM Loan Division Branch Chief**

Name (First, Middle, Last) **Mark Seltzer**

Street **110 W. 7th St, Suite 1110**

City **Tulsa**  State **OK**  Zip Code **74119**

Vehicle Plate No.  Year  State  Vehicle Description (Year, Make, Color)  Veh. Type

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance ☐ State Law ☐ Administrative Rule
UPON **36008 Haward, 22-23-17-176-005**
AT OR NEAR **Historic House #307**
WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF **FARMINGTON HILLS**
COUNTY OF **OAKLAND**  DID THE FOLLOWING

| Type | Ordinance | Description | Charge No. |
|---|---|---|---|
| C/I ☐ Warn ☒ Auth pend. | AMC | Municipal Civil Infraction Roofs/Drainage 2nd | 1 |
| C/I ☐ Warn | 304.7 | | |
| C/I ☐ Warn | 304.13 | Municipal Civil Infraction Windows/Skylights 2nd | 2 |
| C/I ☐ Warn | 304.15 | Municipal Civil Infraction Doors exterior 2nd | 3 |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Remarks: **Mandatory Court Appearance Historic House, HUD not notifying 2nd Vio. for each charge**

CHECK IF APPROPRIATE ☐ Damage to Property ☐ Local Court Bond $ ___ ☐ Vehicle Impounded ☐ Injury ☐ License Posted in Lieu of Bond ☐ Traffic Crash ☐ Death ☒ Appearance Certificate  Person in Active Military Service ☐ Yes ☐ No ☒ None

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS
Appearance Date on or before **TO BE NOTIFIED**
Hearing Date (if applicable) on ___

In the **47th DISTRICT** Court of **FARMINGTON HILLS**
Court Address & Phone Number **31605 W. 11 MILE RD. FARMINGTON HILLS, MI 48336**

## CITATION FEE SCHEDULE (248) 871-2920

Complainant's Signature  Month **12** Day **6** Year **24**
Officer's Name (printed) **A Brennan**  Officer's ID No. **Zoning**
Agency ORI **MI- 6338900**  Agency Name **FARMINGTON HILLS POLICE**

**Exhibit B**

| STATE OF MICHIGAN 47TH JUDICIAL DISTRICT | NOTICE TO APPEAR | Case No: 23H528611A ON<br>X-REF:<br>OFFENSE: 1)ZONING - 2ND |
|---|---|---|

Court Address 31605 W ELEVEN MILE RD FARMINGTON HILLS, MI 48336

Court Telephone no. (248) 871-2920

CITY OF FARMINGTON HILLS

Plaintiff ☐ Personal service
v

**YOU ARE DIRECTED TO APPEAR AT:**

☐ The court address above, courtroom _____
☒ HEARING WILL BE HELD BY ZOOM
**ZOOM ID 530 123 3276

Judge: MARLA E. PARKER

SELTZER/MARK/
110 W. 7TH ST SUITE #1110
TULSA, OK 74119

Defendant ☐ Personal service

(248) 489-4100      P-039424
STEPHEN G. MEADS
27555 EXECUTIVE DRIVE
SUITE 250
FARMINGTON HILLS, MI 48331

Plaintiff's attorney ☐ Personal service

Defendant's attorney ☐ Personal service

GRENANCO A
Officer

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Date issued: JAN. 8, 2024

**FOR THE FOLLOWING PURPOSE:**

| | DAY | DATE | TIME |
|---|---|---|---|
| ☐ Probable Cause Conf. | | | |
| ☐ Preliminary Exam | | | |
| ☐ Pre-trial Conf. | | | |
| ☐ Jury Selection | | | |
| ☐ Jury Trial | | | |
| ☐ Nonjury Trial | | | |
| ☐ Sentencing | | | |
| ☐ Motion | | | |
| ☐ Arraignment | | | |
| ☐ Informal Hearing | | | |
| ☒ Formal Hearing | WEDNESDAY | 02/14/24 | 9:30 AM |
| ☐ | | | |

☐ The above matter is adjourned from _____
Date

Clerk of the Court

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.
4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the date at once.
6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

Approved, SCAO
Form MC 06, Rev. 6/19

Distribute form to:
Court
Plaintiff/Attorney
Defendant
Extra

Exhibit B

| 47TH **STATE OF MICHIGAN JUDICIAL DISTRICT** | **NOTICE TO APPEAR** | **Case No: 23H528611A ON** X-REF: **OFFENSE:**    1) ZONING - 2ND |
|---|---|---|

Court Address   31605 W ELEVEN MILE RD    Court Telephone no.
FARMINGTON HILLS, MI  48336    (248) 871-2920

CITY OF FARMINGTON HILLS

**YOU ARE DIRECTED TO APPEAR AT:**

☐ The court address above, courtroom _____
☒ HEARING WILL BE HELD BY ZOOM
   **ZOOM ID 530 123 3276

Plaintiff          ☐ Personal service
      V

Judge:  MARLA E. PARKER

SELTZER/MARK/
110 W. 7TH ST SUITE #1110
TULSA, OK  74119

**FOR THE FOLLOWING PURPOSE:**

Defendant          ☐ Personal service

(248) 489-4100              P-039424
STEPHEN G. MEADS
27555 EXECUTIVE DRIVE
SUITE 250
FARMINGTON HILLS, MI  48331

Plaintiff's attorney   ☐ Personal service

Defendant's attorney   ☐ Personal service

GRENANCO A
Officer

If you require special accommodations to
use the court because of a disability or if
you require a foreign language interpreter
to help you fully participate in court
proceedings, please contact the court
immediately to make arrangements.
Date issued: JAN.  8, 2024

|  | DAY | DATE | TIME |
|---|---|---|---|
| ☐ Probable Cause Conf. |  |  |  |
| ☐ Preliminary Exam |  |  |  |
| ☐ Pre-trial Conf. |  |  |  |
| ☐ Jury Selection |  |  |  |
| ☐ Jury Trial |  |  |  |
| ☐ Nonjury Trial |  |  |  |
| ☐ Sentencing |  |  |  |
| ☐ Motion |  |  |  |
| ☐ Arraignment |  |  |  |
| ☐ Informal Hearing |  |  |  |
| ☒ Formal Hearing | WEDNESDAY | 02/14/24 | 9:30 AM |
| ☐ |  |  |  |

☐ The above matter is adjourned from _____
                                                  Date

                    **Clerk of the Court**

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.
4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the date at once.
6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

Approved, SCAO
Form MC 06, Rev. 6/19

Distribute form to:
   Court
   Plaintiff/Attorney
   Defendant
   Extra

Exhibit B

| STATE OF MICHIGAN<br>47TH JUDICIAL DISTRICT | NOTICE TO APPEAR | Case No: 23H528612A ON<br>X-REF:<br>OFFENSE: 1)ZONING - 2ND |
|---|---|---|

Court Address  31605 W ELEVEN MILE RD  
FARMINGTON HILLS, MI  48336

Court Telephone no.  
(248) 871-2920

CITY OF FARMINGTON HILLS

**Plaintiff**  ☐ Personal service  
v

**YOU ARE DIRECTED TO APPEAR AT:**

☐ The court address above, courtroom _____

☒ HEARING WILL BW HELD BY ZOOM

**ZOOM ID 530 123 3276

Judge: MARLA E. PARKER

SELTZER/MARK/  
110 W. 7TH ST SUITE #1110  
TULSA, OK  74119

**Defendant**  ☐ Personal service

**FOR THE FOLLOWING PURPOSE:**

(248) 489-4100                    P-039424  
STEPHEN G. MEADS  
27555 EXECUTIVE DRIVE  
SUITE 250  
FARMINGTON HILLS, MI  48331

**Plaintiff's attorney**  ☐ Personal service

**Defendant's attorney**  ☐ Personal service

GRENANCO A

Officer

| | DAY | DATE | TIME |
|---|---|---|---|
| ☐ Probable Cause Conf. | | | |
| ☐ Preliminary Exam | | | |
| ☐ Pre-trial Conf. | | | |
| ☐ Jury Selection | | | |
| ☐ Jury Trial | | | |
| ☐ Nonjury Trial | | | |
| ☐ Sentencing | | | |
| ☐ Motion | | | |
| ☐ Arraignment | | | |
| ☐ Informal Hearing | | | |
| ☒ Formal Hearing | WEDNESDAY | 02/14/24 | 9:30 AM |
| ☐ | | | |

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Date issued: JAN.  9, 2024

☐ The above matter is adjourned from _____  
Date

Clerk of the Court

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.
4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the date at once.
6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

Approved, SCAO  
Form MC 06, Rev. 6/19

Distribute form to:  
Court  
Plaintiff/Attorney  
Defendant  
Extra

Exhibit B

| STATE OF MICHIGAN 47TH JUDICIAL DISTRICT | NOTICE TO APPEAR | Case No: 23H528613A ON X-REF: OFFENSE: 1) ZONING - 2ND |
|---|---|---|

Court Address 31605 W ELEVEN MILE RD
FARMINGTON HILLS, MI 48336

Court Telephone no. (248) 871-2920

CITY OF FARMINGTON HILLS

Plaintiff ☐ Personal service
V

SELTZER/MARK/
110 W 7TH ST SUITE #1110
TULSA, OK 74119

Defendant ☐ Personal service

(248) 489-4100    P-039424
STEPHEN G. MEADS
27555 EXECUTIVE DRIVE
SUITE 250
FARMINGTON HILLS, MI 48331

Plaintiff's attorney ☐ Personal service

Defendant's attorney ☐ Personal service

GRENANCO A
Officer

**YOU ARE DIRECTED TO APPEAR AT:**

☐ The court address above, courtroom _____
☒ HEARING WILL BE HELD BY ZOOM
   **ZOOM ID 530 123 3276

Judge: MARLA E. PARKER

**FOR THE FOLLOWING PURPOSE:**

| | DAY | DATE | TIME |
|---|---|---|---|
| ☐ Probable Cause Conf. | | | |
| ☐ Preliminary Exam | | | |
| ☐ Pre-trial Conf. | | | |
| ☐ Jury Selection | | | |
| ☐ Jury Trial | | | |
| ☐ Nonjury Trial | | | |
| ☐ Sentencing | | | |
| ☐ Motion | | | |
| ☐ Arraignment | | | |
| ☐ Informal Hearing | | | |
| ☒ Formal Hearing | WEDNESDAY | 02/14/24 | 9:30 AM |
| ☐ | | | |

☐ The above matter is adjourned from _____
                                    Date

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Date issued: JAN. 9, 2024

Clerk of the Court

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.
4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the date at once.
6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

Approved, SCAO
Form MC 06, Rev. 6/19

Distribute form to:
   Court
   Plaintiff/Attorney
   Defendant
   Extra

Exhibit B

| 47TH | STATE OF MICHIGAN JUDICIAL DISTRICT | NOTICE TO APPEAR | Case No: 23H528614A ON X-REF: OFFENSE: 1)ZONING - 2ND |
|------|------|------|------|

Court Address  31605 W ELEVEN MILE RD
FARMINGTON HILLS, MI  48336

Court Telephone no.
(248) 871-2920

CITY OF FARMINGTON HILLS

**YOU ARE DIRECTED TO APPEAR AT:**

☐ The court address above, courtroom _____
☒ HEARING WILL BE HELD BY ZOOM
**ZOOM ID 530 123 3276

Plaintiff    ☐ Personal service
V

Judge: MARLA E. PARKER

SELTZER/MARK/
110 W 7TH ST SUITE 1110
TULSA, OK  74119

**FOR THE FOLLOWING PURPOSE:**

Defendant    ☐ Personal service

| | DAY | DATE | TIME |
|------|------|------|------|
| ☐ Probable Cause Conf. | | | |
| ☐ Preliminary Exam | | | |
| ☐ Pre-trial Conf. | | | |
| ☐ Jury Selection | | | |
| ☐ Jury Trial | | | |
| ☐ Nonjury Trial | | | |
| ☐ Sentencing | | | |
| ☐ Motion | | | |
| ☐ Arraignment | | | |
| ☐ Informal Hearing | | | |
| ☒ Formal Hearing | WEDNESDAY | 02/14/24 | 9:30 AM |
| ☐ | | | |

(248) 489-4100          P-039424
STEPHEN G. MEADS
27555 EXECUTIVE DRIVE
SUITE 250
FARMINGTON HILLS, MI  48331

Plaintiff's attorney  ☐ Personal service

Defendant's attorney  ☐ Personal service

GRENANCO A
Officer

☐ The above matter is adjourned from _____
Date

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Date issued: JAN. 9, 2024

**Clerk of the Court**

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.
4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the date at once.
6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

Approved, SCAO
Form MC 06, Rev. 6/19

Distribute form to:
Court
Plaintiff/Attorney
Defendant
Extra

<span style="color:red">Exhibit B</span>



**DEFAULT JUDGMENT**
Civil Infraction

| | |
|---|---|
| Case Number | 23H528608C ON |
| Infraction Date | 11/20/23 |
| | PRKING - 2ND |
| Civil Infraction | |
| Vehicle Plate No. | |

**47TH DISTRICT COURT**
31605 W. Eleven Mile Rd.
Farmington Hills, MI 48336

US POSTAGE PITNEY BOWES
ZIP 48336 $ 000.51
02 4W
0000378699 DEC 07 2023

| Appearance Date | Default/Judgment Date* |
|---|---|
| /06/23 | 12/06/23 |

| AMOUNT OF JUDGMENT | |
|---|---|
| Fines | $ 230.00 |
| Costs | $ 50.00 |
| State Costs | $ 10.00 |
| MISC | $ 10.00 |
| | $ |
| Total | $ 300.00 |
| Bond Forfeited | $ |
| Balance Due | $ 300.00 |

SELTZER/MARK/
110 W. 7TH ST SUITE 1110
TULSA            OK  74119

---



**DEFAULT JUDGMENT**
Civil Infraction

| | |
|---|---|
| Case Number | 23H528605A ON |
| Infraction Date | 10/30/23 |
| | PRKING - 2ND |
| Civil Infraction | |
| Vehicle Plate No. | |

**47TH DISTRICT COURT**
31605 W. Eleven Mile Rd.
Farmington Hills, MI 48336

US POSTAGE PITNEY BOWES
ZIP 48336 $ 000.51
02 4W
0000378699 DEC 07 2023

| Appearance Date | Default/Judgment Date* |
|---|---|
| /06/23 | 12/06/23 |

| AMOUNT OF JUDGMENT | |
|---|---|
| Fines | $ 230.00 |
| Costs | $ 50.00 |
| State Costs | $ 10.00 |
| MISC | $ 10.00 |
| | $ |
| Total | $ 300.00 |
| Bond Forfeited | $ |
| Balance Due | $ 300.00 |

SELTZER/MARK/
110 W. 7TH ST SUITE 1110
TULSA            OK  74119

Exhibit B



**DEFAULT JUDGMENT**
**Civil Infraction**

| | |
|---|---|
| Case Number | 23H528808A ON |
| Infraction Date | 11/20/23 |
| Civil Infraction | ZONING – 2ND |
| Vehicle Plate No. | |

| Appearance Date | Default/Judgment Date* |
|---|---|
| /06/23 | 12/06/23 |

| AMOUNT OF JUDGMENT | |
|---|---|
| Fines | $ 230.00 |
| Costs | $ 50.00 |
| State Costs | $ 10.00 |
| MISC | $ 10.00 |
| | $ |
| Total | $ 300.00 |
| Bond Forfeited | $ |
| Balance Due | $ 300.00 |

**47TH DISTRICT COURT**
31605 W. Eleven Mile Rd.
Farmington Hills, MI 48336

US POSTAGE ™ PITNEY BOWES
ZIP 48336 $ 000.51⁰
02 4W
0000378699 DEC 07 2023

SELTZER/MARK/
110 W. 7TH ST SUITE 1110
TULSA          OK  74119

---



**DEFAULT JUDGMENT**
**Civil Infraction**

| | |
|---|---|
| Case Number | 23H528808B ON |
| Infraction Date | 11/20/23 |
| Civil Infraction | ZONING – 2ND |
| Vehicle Plate No. | |

| Appearance Date | Default/Judgment Date* |
|---|---|
| /06/23 | 12/06/23 |

| AMOUNT OF JUDGMENT | |
|---|---|
| Fines | $ 230.00 |
| Costs | $ 50.00 |
| State Costs | $ 10.00 |
| MISC | $ 10.00 |
| | $ |
| Total | $ 300.00 |
| Bond Forfeited | $ |
| Balance Due | $ 300.00 |

**47TH DISTRICT COURT**
31605 W. Eleven Mile Rd.
Farmington Hills, MI 48336

US POSTAGE ™ PITNEY BOWES
ZIP 48336 $ 000.51⁰
02 4W
0000378699 DEC 07 2023

SELTZER/MARK/
110 W. 7TH ST SUITE 1110
TULSA          OK  74119

Exhibit B



## Civil Infraction

| | |
|---|---|
| Case Number | 23H528607B ON |
| Infraction Date | 11/20/23 ZONING – 2ND |
| Civil Infraction | |
| Vehicle Plate No. | |
| Appearance Date / Default/Judgment Date* | /23   12/06/23 |

**AMOUNT OF JUDGMENT**

| | |
|---|---|
| Fines | $ 230.00 |
| | 50.00 |
| Costs | $ 10.00   110 |
| MISC State Costs | $ 10.00 |
| | $ |
| Total | $ 300.00 |
| Bond Forfeited | $ |
| Balance Due | $ 300.00 |

47TH DISTRICT COURT
31605 W. Eleven Mile Rd.
Farmington Hills, MI 48336

US POSTAGE PITNEY BOWES
ZIP 48336   $ 000.51⁰
02 4W
0000378699 DEC 07 2023

SELTZER/MARK/
110 W. 7TH ST SUITE 1110
TULSA                 OK   74119

---

## DEFAULT JUDGMENT
### Civil Infraction

| | |
|---|---|
| Case Number | 23H528607A ON |
| Infraction Date | 11/20/23 ZONING – 2ND |
| Civil Infraction | |
| Vehicle Plate No. | |
| Appearance Date / Default/Judgment Date* | /23   12/06/23 |

**AMOUNT OF JUDGMENT**

| | |
|---|---|
| Fines | $ 230.00 |
| | 50.00 |
| Costs | $ 10.00   110 |
| MISC State Costs | $ 10.00 |
| | $ |
| Total | $ 300.00 |
| Bond Forfeited | $ |
| Balance Due | $ 300.00 |

47TH DISTRICT COURT
31605 W. Eleven Mile Rd.
Farmington Hills, MI 48336

US POSTAGE PITNEY BOWES
ZIP 48336   $ 000.51⁰
02 4W
0000378699 DEC 07 2023

SELTZER/MARK/
110 W. 7TH ST SUITE 1110
TULSA                 OK   74119

Exhibit B



| DEFAULT JUDGMENT |  |
| --- | --- |
| **Civil Infraction** | |

| Case Number | 23H528607C ON |
| Infraction Date | 11/20/23 |
| Civil Infraction | ZONING - 2ND |
| Vehicle Plate No. | |

| Appearance Date | Default/Judgment Date* |
| --- | --- |
| /06/23 | 12/06/23 |

| AMOUNT OF JUDGMENT | | |
| --- | --- | --- |
| Fines | $ | 230.00 |
| Costs | $ | 50.00 |
| State Costs | $ | 10.00 |
| MISC | $ | 10.00 |
| | $ | |
| Total | $ | 300.00 |
| Bond Forfeited | $ | |
| Balance Due | $ | 300.00 |

47TH DISTRICT COURT
31605 W. Eleven Mile Rd.
Farmington Hills, MI 48336

SELTZER/MARK/
110 W. 7TH ST SUITE 1110
TULSA          OK   74119



| DEFAULT JUDGMENT |  |
| --- | --- |
| **Civil Infraction** | |

| Case Number | 23H528605C ON |
| Infraction Date | 10/30/23 |
| Civil Infraction | ZONING - 2ND |
| Vehicle Plate No. | |

| Appearance Date | Default/Judgment Date* |
| --- | --- |
| /06/23 | 12/06/23 |

| AMOUNT OF JUDGMENT | | |
| --- | --- | --- |
| Fines | $ | 230.00 |
| Costs | $ | 50.00 |
| State Costs | $ | 10.00 |
| MISC | $ | 10.00 |
| | $ | |
| Total | $ | 300.00 |
| Bond Forfeited | $ | |
| Balance Due | $ | 300.00 |

47TH DISTRICT COURT
31605 W. Eleven Mile Rd.
Farmington Hills, MI 48336

SELTZER/MARK/
110 W. 7TH ST SUITE 1110
TULSA          OK   74119

Exhibit B



**DEFAULT JUDGMENT**
Civil Infraction

| Case Number | 23H528600A ON |
| Infraction Date | 10/30/23 |
| | ZONING - 2ND |
| Civil Infraction | |
| Vehicle Plate No. | |

| Appearance Date | Default/Judgment Date* |
| /06/23 | 12/06/23 |

**AMOUNT OF JUDGMENT**
| Fines | $ | 230.00 |
| Costs | $ | 50.00 |
| State Costs | $ | 10.00 |
| MISC | $ | 10.00 |
| | $ | |
| Total | $ | 300.00 |
| Bond Forfeited | $ | |
| Balance Due | $ | 300.00 |

**47TH DISTRICT COURT**
31605 W. Eleven Mile Rd.
Farmington Hills, MI 48336

ZIP 48336 $ 000.51
02 4W
0000378699 DEC 07 2023

SELTZER/MARK/
110 W. 7TH ST SUITE 1110
TULSA        OK  74119



**DEFAULT JUDGMENT**
Civil Infraction

| Case Number | 23H528600B ON |
| Infraction Date | 10/30/23 |
| | ZONING - 2ND |
| Civil Infraction | |
| Vehicle Plate No. | |

| Appearance Date | Default/Judgment Date* |
| /06/23 | 12/06/23 |

**AMOUNT OF JUDGMENT**
| Fines | $ | 230.00 |
| Costs | $ | 50.00 |
| State Costs | $ | 10.00 |
| MISC | $ | 10.00 |
| | $ | |
| Total | $ | 300.00 |
| Bond Forfeited | $ | |
| Balance Due | $ | 300.00 |

**47TH DISTRICT COURT**
31605 W. Eleven Mile Rd.
Farmington Hills, MI 48336

ZIP 48336 $ 000.51
02 4W
0000378699 DEC 07 2023

SELTZER/MARK/
110 W. 7TH ST SUITE 1110
TULSA        OK  74119

Exhibit B



| DEFAULT JUDGMENT | |
|---|---|
| Civil Infraction | |
| Case Number | 23H328605B ON |
| Infraction Date | 10/30/23 |
| Civil Infraction | ZONING – 2ND |
| Vehicle Plate No. | |

| Appearance Date | Default/Judgment Date* |
|---|---|
| /06/23 | 12/06/23 |

| AMOUNT OF JUDGMENT | |
|---|---|
| Fines | $ 230.00 |
| Costs | $ 50.00 |
| State Costs | $ 10.00 |
| MISC | $ 10.00 |
| | $ |
| Total | $ 300.00 |
| Bond Forfeited | $ |
| Balance Due | $ 300.00 |

**47TH DISTRICT COURT**
31605 W. Eleven Mile Rd.
Farmington Hills, MI 48336

US POSTAGE PITNEY BOWES

ZIP 48336
02 4W   $ 000.51
0000378699 DEC 07 2023

SELTZER/MARK/
110 W. 7TH ST SUITE 1110
TULSA        OK   74119

Exhibit B